

ENTERED
09/25/2017

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| NOUVEAU INVESTMENTS, LLC | § | CASE NO.17-34876-H5-11 |
| | § | |
| | § | CHAPTER 11 |

### ORDER

Came on for consideration, the Emergency Motion to Dismiss Case filed by the Debtor, Nouveau Investments, LLC, and the Court after hearing argument and testimony, if any, and having determined that notice was sufficient and that no further notice is necessary, and being of the opinion that cause exists to grant same, it is therefore

**ORDERED** that Case No. 17-34876-H5-11 styled *In re Nouveau Investments, LLC,* is hereby **DISMISSED.**

**ORDERED** that the Debtor within five (5) days of the date of entry of this Order shall file with the Clerk of the United States Bankruptcy Court a statement of any fees payable under 28 U.S.C. Section 1930(a)(6) for that quarter during the period from August 9, 2017, through the date of entry of this Order, and shall serve a true and correct copy of said statements on the United States Trustee; and it is further

**ORDERED** that the Debtor within five (5) days of the date of entry of this Order shall pay the appropriate sum of quarterly fees due and payable pursuant to 28 U.S.C. Section 1930(a)(6) by remitting payments to the United States Trustee Payment Center, P.O. Box 70937, Charlotte, NC 28272-0937, and shall furnish evidence of such payment to the United States Trustee, 515 Rusk,

Suite 3516, Houston, TX 77002.  The payment shall reflect the Debtor's account number and shall be transmitted with a "Chapter 11 Quarterly Disbursement and Fee Report" available from the United States Trustee.  This Court shall retain jurisdiction to enforce payment of fees assessed pursuant to 28 U.S.C. Section 1930(a)(6).

Signed:  September 22, 2017

Karen K. Brown
United States Bankruptcy Judge