

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
10/02/2017

| | | |
|---|---|---|
| In re:<br><br>THE ENGY GROUP, LLC<br><br>Debtor | § § § § § § § | Case No. 17-34848<br>(Chapter 11) |
| In re:<br><br>FRANCOIS STANISLAS BELLON<br><br>Debtor | § § § § § § § § | Case No. 17-34923<br>(Chapter 11) |

### ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES

Upon the Motion[1] filed by The Engy Group, LLC ("The Engy Group") and Francois Stanislas Bellon ("Bellon" and together with The Engy Group, the "Debtors") for entry of an order consolidating the administration of these Chapter 11 Cases for procedural purposes only, all as more fully set forth in the Motion; and the court having jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. § 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that proper and adequate notice of the Motion and hearing thereon has been given and that no other or further notice is necessary; and the Court having found that good and sufficient cause exists for the granting of the relief requested in the Motion

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning set forth in the Motion.

after having given due deliberation upon the Motion and all of the proceedings before the Court in connection the Motion, it is HEREBY ORDERED THAT:

1. The above-captioned Chapter 11 Cases shall be jointly administered for procedural purposes only as follows. Additionally, the following checked items are ordered:

   a. ~~X        Case Nos. 17-34848 and 17-34923 shall be transferred to Judge Isgur, who has the lowest numbered case.~~

   b. __X__   Parties may request joint hearings on matters pending in any of the jointly administered cases.

   c. __X__   The U.S. Trustee shall conduct joint informal meetings with the Debtors, as required, and a joint first meeting of creditors.

   d. __X__   Proofs of claim filed by creditors of any Debtor shall reflect the caption and case number of the Debtor to which the claim relates and in which Chapter 11 Case such claim is to be filed. Creditors must file proofs of claim in the individual Chapter 11 Case of the Debtor against which the claim is made.

   e. __X__   A separate claims register shall be maintained for each Debtor.

2. The Court shall maintain one file and one docket for all of the jointly administered cases under the case of The Engy Group, LLC and administer these Chapter 11 Cases under a consolidation caption as follows:

| | | |
|---|---|---|
| **In re:** | § | Case No. 17-34848 |
| | § | |
| **THE ENGY GROUP, LLC AND** | § | Jointly Administered |
| **FRANCOIS STANISLAS BELLON**[2] | § | |
| | § | **(Chapter 11)** |
| **Debtors** | § | |

3. The foregoing caption satisfies the requirements set forth in § 342(c)(1) of the Bankruptcy Code.

---

[2] The names of the debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: The Engy Group, LLC (6179) and Francois Stanislas Bellon (5318).

4. A notation substantially similar to the following shall be entered on each of the respective chapter 11 dockets to reflect the joint administration of these Chapter 11 Cases:

An order has been entered in this case in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Southern District of Texas directing the joint administration of the chapter 11 cases of The Engy Group, LLC and Francois Stanislas Bellon. **The docket in Case No. 17-34848 should be consulted for all matters affecting the case. All further pleadings and other papers shall be filed in, and all further docket entries shall be made in, the chapter 11 case of The Engy Group, LLC, Case No. 17-34848. However, creditors must file proofs of claim in the individual chapter 11 case of the Debtor against which the claim is made.**

5. The Trustee shall maintain, and the Clerk of the United States Bankruptcy Court for the Southern District of Texas shall keep, one consolidated docket, one file, and one consolidated service list for these Chapter 11 Cases.

6. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these Chapter 11 Cases, provided, however, this Order shall be without prejudice to the rights of either Debtor to seek entry of an Order substantively consolidating the cases.

7. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

8. The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed:

September 29, 2017

_____
Marvin Isgur
United States Bankruptcy Judge