IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| THE ENGY GROUP, LLC, and | § | Case No. 17-34848 |
| FRANCOIS STANISLAS BELLON, | § | Jointly Administered |
| | § | |
| Debtors. | § | (Chapter 11) |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held on the Debtors' Motion for Order Authorizing Debtors to Obtain Credit [Dkt. No. 60] on **Friday, October 27, 2017, at 10:30 a.m.** before the Honorable Marvin Isgur, U.S. Bankruptcy Court, 515 Rusk, Courtroom 404, Houston, TX 77002.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Debtors' Expedited Motion Under 11 U.S.C. §§ 105(a) and 363, Bankruptcy Rules 6004 and 9019 and Local Rule 9013-1 for Approval of Binding Term Sheet for Settlement [Dkt. No. 62] previously scheduled for October 27, 2017 at 9:00 a.m. will be held on **Friday, October 27, 2017, at 10:30 a.m.** before the Honorable Marvin Isgur, U.S. Bankruptcy Court, 515 Rusk, Courtroom 404, Houston, TX 77002.

*{Remainder of Page Intentionally Left Blank}*

Dated:  October 16, 2017

Respectfully submitted,

DIAMOND McCARTHY LLP

*/s/ Kyung S. Lee*
Kyung S. Lee
TBA No. 12128400
klee@diamondmccarthy.com
Charles M. Rubio
TBA No. 24083768
crubio@diamondmccarthy.com
Two Houston Center
909 Fannin, 37th Floor
Houston, TX 77010
Telephone: (713) 333-5100
Facsimile: (713) 333-5199

*Counsel for The Engy Group, LLC*

HOOVER SLOVACEK LLP

*/s/ Edward L. Rothberg*
Edward L. Rothberg
TBA No. 17313990
Rothberg@hooverslovacek.com
Galleria Tower II
5051 Westheimer, Ste. 1200
Houston, TX 77056
Telephone:  (713) 977-8686
Facsimile:  (713) 977-5395

*Counsel for Francois Stanislas Bellon*

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing was served by the Court's CM/ECF service to all parties registered to receive electronic notice in this case and by U.S. Mail, first class postage prepaid to those parties indicated on the service list attached hereto on the 16th day of October 2017.

                                                          */s/ Kyung S. Lee*

**Service List**

**Creditors**

Kurt Orban Partners, LLC
Att: Matt Orban
111 Anza Boulevard, Ste. 250
Burlingame, CA 94010-1932
Via Email: morban@kurtorbanpartners.com

Dr. Kenneth Lo
11927 Oak Shadow Drive
Baton Rouge, LA 70810-1807
Via Email: klloproperties@gmail.com

Richard C. Killough
3000 Weslayan – Suite 305
Houston, Texas 77027-5753
Via Email: rkillough@mktxlaw.com

Murrah & Killough, PLLC
3000 Weslayan – Suite 305
Houston, Texas 77027
Via Email: rkillough@mktxlaw.com

American Express
P.O. Box 981535
El Paso, TX 79998-1535
Via U.S. Mail

Matthew Orban
Kurt Orban Partners LLC
111 Anza Boulevard
Burlingame, CA 94010
Via Email: morban@kurtorbanpartners.com

William V. Walker, Esq.
4899 Montrose Blvd.
Suite 805
Houston, TX 77006-6166
Via U.S. Mail

Child Support Bureau of Texas
P.O. Box 659791
San Antonio, TX 78265-9791

Liang Gao
3307 Candlestick Lane
Katy, TX 77494-3880

Texas Workforce Commission
Bankruptcy Section
P.O. Box 149080
Austin, TX 78714-9080

Melissa Anne Haselden
Hoover Slovacek LLP
Galleria II Tower
5051 Westheimer, Suite 12
Houston, TX 77056-5839

Green Bank
4000 Greenbriar
Houston, TX 77098-5204

Matt Orban
c/o Gray, Reed & McGraw, LLP
Attn: Scott Funk
1300 Post Oak Blvd., Suite 2000
Houston, TX 77056-8000

Third Coast Bank
1800 West Loop South, Suite 100
Houston, TX 77027-3296

Edward L. Rothberg
Hoover Slovacek, LLP
Galleria II Tower
5051 Westheimer, Suite 12
Houston, TX 77056-5839

Internal Revenue Service Centralized
Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Memorial Herman Hospital
929 Gessner Drive, Suite 2600
Houston, TX 77024-2593

Texas Comptroller of Public Accounts
Revenue Accounting DIV- Bankruptcy
Section
P.O. Box 13528
Austin, TX 78711-3528

Internal Revenue Service
P.O. Box 7317
Philadelphia, PA 19101-7317

American Express Bank, FSB
c/o Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

**Interested Parties**

Francois-Stanislas Ballon
4855 Montrose Blvd.
Houston, TX 77005-4730
Via Email: stashellon@gmail.com

Scott Funk
Gray Reed & McGraw
1300 Post Oak Blvd. Suite 2000
Houston, TX 77056
Via Email: sfunk@grayreed.com

Jason Brookner
Gray Reed & McGraw
1300 Post Oak Blvd. Suite 2000
Houston, TX 77056
Via Email: jbrookner@grayreed.com

M. Stephen Roberts
Steve Roberts Law
6513 Perkins Road
Baron Rouge, LA 70808
Via Email: Steve@steverobertslaw.com

Christine March
Office of the United States Trustee
515 Rusk Street, Suite 3516
Houston, TX 77002
Via Email: Christine.a.march@usdoj.gov

Steve Lemmon
Husche Blackwell LLP
111 Congress Avenue
Suite 1400
Austin, TX  78701-4093
Via Email:
Stephen.Lemmon@huschblackwell.com

Jeff Anapolsky
BVA Group
1000 Louisiana Street, Suite 6925
Houston, TX 77002
Via Email: janapolsky@bvagroup.com

Justin Peden
BVA Group
Legacy Tower, 7250 Dallas Parkway
Suite 200
Plano, TX 75024
Via Email: jpeden@bvagroup.com

Jonathan Strothers
Strother Law Firm
3000 Weslayan St., Suite 348
Houston, Texas 77027-5753
Via Email: jstrother@strotherlawfirm.com

5