## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| THE ENGY GROUP, LLC, | § | Case No. 17-34848 |
| | § | |
| Debtor. | § | |
| | § | |

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FRANCOIS STANISLAS BELLON, | § | Case No. 17-34923 |
| | § | |
| Debtor. | § | Jointly Administered Under |
| | § | Case No. 17-34848 |

### Chapter 11 Fee Application Summary

| Name of Applicant: | BVA Group Restructuring and Advisory LLC | |
|---|---|---|
| Applicant's Role in Case: | Financial Advisor | |
| Date Order of Employment Signed: | 10/02/17 | |
| | **Beginning of Period** | **End of Period** |
| Time period covered by this Application:[1] | 08/08/17 | 11/30/17 |
| Time period(s) covered by prior Applications: | 08/08/17 | 09/30/17 |
| Total amounts requested in all prior Applications:[1] | | $142,824.50 |
| Total fees requested in this Application:[2] | | $143,000.00 |
| Total professional fees requested in this Application: | | $143,000.00 |
| Total actual professional hours covered by this Application: | | 503.1 |
| Average hourly rate for professionals: | | $284.24 |
| Total paraprofessional fees requested in this Application: | | $0.00 |
| Total actual paraprofessional hours covered by this Application: | | 0.0 |
| Average hourly rate for paraprofessionals: | | N/A |

[1]      This Application supersedes prior fee applications.  As explained herein, the Applicant has agreed to accept a cash payment of $133,000 for remaining fees owed.

[2]      Includes $133,000 to be paid pursuant to an agreement with Dr. Lo plus a draw-down of the $10,000 retainer held by Applicant.

| | |
|---|---|
| **Reimbursable expenses sought in this Application:** | $0.00 |
| **Total to be Paid to Priority Unsecured Creditors:** | To be Determined |
| **Anticipated % Dividend to Priority Unsecured Creditors:** | To be Determined |
| **Total to be Paid to General Unsecured Creditors:** | To be Determined |
| **Anticipated % Dividend to General Unsecured Creditors:** | To be Determined |
| **Date of Confirmation Hearing:** | N/A |
| **Indicate whether plan has been confirmed:** | No |

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **THE ENGY GROUP, LLC,** | § | **Case No. 17-34848** |
| | § | |
| Debtor. | § | |
| | § | |

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **FRANCOIS STANISLAS BELLON,** | § | Case No. 17-34923 |
| | § | |
| Debtor. | § | **Jointly Administered Under** |
| | § | **Case No. 17-34848** |

### SECOND AND FINAL APPLICATION OF BVA GROUP RESTRUCTURING AND ADVISORY LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AS FINANCIAL ADVISOR TO THE ENGY GROUP, LLC FOR THE PERIOD FROM AUGUST 8, 2017 THROUGH NOVEMBER 30, 2017

---

**NOTICE**

THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU.  IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE.  IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY.  YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU.  YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED.  IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU.  IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING.  UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.

REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.

---

TO THE HONORABLE MARVIN ISGUR, UNITED STATES BANKRUPTCY JUDGE:

BVA Group Restructuring and Advisory LLC ("Applicant"), financial advisor to The Engy Group, LLC (the "Debtor"), makes this Second and Final Application of BVA Group Restructuring and Advisory LLC for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Financial Advisor to The Engy Group, LLC ("Final Fee Application"), requesting fees in the amount of $133,000.00 for the period from August 8, 2017 through November 30, 2017 (the "Compensation Period"), pursuant to Sections 330 and 331 of the United States Bankruptcy Code, 11 § 101, et seq. (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and S.D. Tex. L.B.R. 2016-1(c). In support of this Final Fee Application, Applicant respectfully represents as follows:

## I.  JURISDICTION

1.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. § 1334. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

## II.  PROCEEDINGS

2.      On August 8, 2017 ("Petition Date"), the Debtor filed a voluntary petition for relief under the Bankruptcy Code (the "Chapter 11 Case") in the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "Bankruptcy Court") [Docket No. 1].  An order authorizing joint administration of the Debtor's case with the chapter 11 case of Francois Stanislas Bellon ("Bellon") was entered on September 29, 2017 [Docket No. 55].

3.      The Debtor has remained in possession of its property and managed its assets as a debtor-in-possession under Bankruptcy Code sections 1107 and 1108.

4.      No trustee or examiner has been appointed in the Debtor's bankruptcy case and no

official committee of unsecured creditors has been established.

5.      On September 7, 2017, Applicant filed its application to be employed as the Debtor's financial advisor [Docket No. 32], which was approved by the Bankruptcy Court on October 2, 2017 [Docket No. 53].

### III.   BACKGROUND

6.      The Debtor is a Delaware limited liability company formed in January 2013 to be a diversified holding company with investments in real estate, health care and the steel drum production and sale businesses.  In 2015, Bellon became the sole member of the Debtor.  The Debtor's corporate office is located at 2425 Mowery Road, Houston, Texas 77045.

7.      The Debtor is a holding company and is the (i) 100% owner of Engy Belvoir Ventures, LLC and (ii) 94% owner of Texas Engy Drums, LLC.  The corporate affairs of the Debtor are governed by the Amended and Restated Company Agreement of The Engy Group, LLC, dated as of November 30, 2016, but effective initially as of April 14, 2015 (the "Engy Company Agreement").  Under the Engy Company Agreement, Bellon was appointed manager of the Debtor.

8.      Subsequently, Bellon transferred membership interests in the Debtor, as follows:  (a) ten percent (10%) membership interest to Filemon "Phil" Lopez, (b) five percent (5%) membership interest to Dr. Kenneth Lo, and (c) two (2%) percent membership interest to Isidro Salazar Garza. As a result of these transfers, Bellon has an eighty-three percent (83%) membership interest in the Debtor.

### IV.   PRIOR APPLICATIONS AND FEE STATEMENTS

9.      Applicant filed a first fee application on November 30, 2017 requesting payment of fees ($142,824.50) and expenses ($281.76) for the time period August 8, 2017 through September

30, 2017 [Docket No. 87] (the "<u>First Fee Application</u>").  The First Fee Application is included as **Attachment A**.

10.     On December 5, 2017, the Court entered the Order Establishing Procedures for Monthly Compensation and Reimbursement of Expenses for Retained Professionals [Docket No. 91] ("<u>Compensation Order</u>").  The Compensation Order is included as **Attachment B**.

11.     On December 28, 2017, the Court entered an Order Granting Application for Compensation in response to the First Fee Application, which had been filed prior to the Compensation Order going into effect, allowing fees and expenses to be paid to Applicant totaling $117,041.36 [Docket No. 97] (the "<u>Fee Order</u>").[3]  The Fee Order is included as **Attachment C**.

12.     In accordance with the Compensation Order, Applicant prepared an itemized monthly fee and expense statement (the "<u>Oct/Nov Statement</u>") for professional services rendered during the period October 1, 2017 through November 30, 2017.  As established under the Compensation Order procedures, Applicant served a copy of the Oct/Nov Statement on Kyung Lee, Charles Rubio, Ed Rothberg, and the United States Trustee, Christine March (collectively, as defined in the Compensation Order, the "<u>Fee Parties</u>").  A copy of the service and the attached Oct/Nov Statement is included as **Attachment D**.[4]  In the ten (10) days following the service of the Oct/Nov Statement, no objections were received.

13.     To date, Applicant has received no payments for the fees approved in the Fee Order nor the fees reflected in the Oct/Nov Statement, to which no timely objection was received.  A

---

[3]     The Court approved and allowed 80 percent of the fees for professional services rendered requested in the First Fee Application ($114,259.60), all out-of-pocket expenses ($281,76), $2,500.00 for the preparation of the First Fee Application, totaling $117,041.36, on an interim basis [Docket No. 97].

[4]     The initial attempt to serve Mr. Ed Rothberg with the Frist Monthly Fee Statement was unsuccessful due to an error in the email address listed in the Compensation Order [Docket No. 91].  As shown in **Attachment D**, however, separate service was made on December 20, 2017 to ensure Mr. Rothberg received the Fee Statement.

summary of Applicant's fees and approvals related thereto is included as **Attachment E**, reflecting total fees of $255,099.50 and expenses of $733.22.

## V.   FINAL APPLICATION FOR COMPENSATION

14.   This is Applicant's final application for compensation.  This Final Fee Application covers the allowance of compensation for all professional services performed during the Compensation Period and supersedes prior Fee Applications.

15.   Applicant has not received any payments in connection with the First Fee Application, the Fee Order, or the Oct/Nov Statement.  Though no objection was timely made to either of Applicant's applications for payment (the First Fee Application or the Oct/Nov Statement), Applicant has reached an agreement in principle with counsel for Dr. Lo to settle these obligations of the Debtor for a one-time cash payment of $133,000, which is to be paid within five (5) business days of the Court's approval of this Final Fee Application.[5]  Applicant and counsel for Dr. Lo expect to execute a formal agreement to this effect prior to February 8, 2018.

16.   Should Applicant and Dr. Lo fail to execute such agreement prior to February 8, 2018, or should Dr. Lo breach such agreement, Applicant respectfully reserves its rights to pursue fees and expenses as have already been approved by this Court.

## VI. SUMMARY OF ADDITIONAL SERVICES RENDERED

17.   The financial advisory services rendered by Applicant to the Debtor during this Chapter 11 Case were necessary and appropriate.  These services were in the best interests of the Debtor and other parties in interest.  The compensation requested is commensurate with the complexity and nature of the issues and tasks involved.

---

[5]      I understand Dr. Lo and/or the entities controlled by him were to provide DIP financing for the payment of professional fees.

18.     In addition to the hours included within the First Fee Application, the following project categories detail the activities performed by the professionals of Applicant included within the Oct/Nov Statement.

**Investors.**                    **151.6 hours**                    **$71,115.00 fees**

Services included, but were not limited to, identifying, corresponding with, providing information to, negotiating with, addressing concerns of, and conducting tours of the Debtor's plant with potential investors.

**Settlement.**                    **22.9 hours**                    **$14,885.00 fees**

Applicant prepared for and participated in proposed settlement discussions between, but not limited to, the Debtor's management, lenders, existing investors, and related attorneys.

**Analysis.**                    **30.8 hours**                    **$13,455.00 fees**

Services included, but were not limited to, analysis, review, and organization of documents received from the Debtor, updates to financial projections model, and review of the Debtor's historical financial statements, organizational documents, loan agreements, capital expenditures plans, and related diligence materials.

**Fee Application Preparation.**        **14.8 hours**            **$5,180.00 fees**

                                                                **($2,500.00) credit**

Applicant undertook various processes in preparing fee applications for the Court.  We reduced this fee by a $2,500.00 credit for amounts previously requested for preparation of the first fee application.

| **Creditors.** | 7.6 hours | $4,940.00 fees |

Services included, but were not limited to, corresponding and negotiating with the Debtor's existing creditors, including Kurt Orban Partners, Green Bank, Dr. Lo, and Third Coast Bank.

| **9019 Hearing.** | 5.4 hours | $2,700.00 fees |

Services included, but were not limited to, analysis, review, and organization of documents received from the Debtor, updates to financial projections model, and review of the Debtor's historical financial statements, organizational documents, loan agreements, capital expenditures plans, and related diligence materials.

## VII.    RETAINER

19.    Applicant holds a $10,000 retainer that was paid by an unaffiliated non-debtor on September 1, 2017.  Applicant has not applied this retainer to prepetition or postpetition invoices. Applicant expects to draw-down the full $10,000 balance and apply the retainer to approved outstanding fees and requests the Court's permission to do so.

## VIII.   FIRST COLONIAL FACTORS

20.    An analysis of the twelve (12) factors set forth in the case of *In re* First Colonial Corporation of America, 544 F.2d 1291 (5th Cir. 1977) governs the Court's determination of the propriety of the fees requested by Applicant.

21.    Pursuant to Bankruptcy Local Rule 2016(a), fee applications must include a discussion of the factors considered in *American Benefit Life Ins. Co. v. Baddock (In re* First Colonial Corp. of America*)*, 544 F.2d 1291, 1298-99 (5th Cir.), cert. denied, 431 U.S. 904 (1977). Consideration of the factors listed in *First Colonial Corp.* indicates that the compensation requested by Applicant for the services rendered during the Compensation Period is reasonable:

(a)      Time and Labor Required.  As set forth in detail on **Attachment A** and **Attachment D**, Applicant spent 503.1 hours during the Compensation Period providing financial advisory services to the Debtor.  Applicant consistently utilizes the least expensive staff available commensurate with the degree of experience and expertise required for the task in order to reduce the overall fees in this matter without any sacrifice to the quality of the services being rendered.

(b)      Novelty and Difficulty of the Questions.  The issues addressed by Applicant in connection with its services to the Debtor have in some cases been novel and complex and required specialized knowledge of the Bankruptcy Code and expertise in restructurings.  Numerous aspects of this Chapter 11 Case required Applicant's restructuring expertise, including specialized issues related to manufacturing companies and hospitals.

(c)      Skill Requisite to Perform the Service Properly.  The services performed by Applicant during the Compensation Period required the skills of trained professionals with an appreciation and understanding of advanced reorganization concepts, as well as substantial expertise in bankruptcy-related financial analyses.  Applicant's professionals were well suited for this engagement based on their education and experience.  Indeed, the Debtor chose Applicant based upon the firm's qualifications as presented prior to the engagement.  Applicant endeavored to utilize the various levels of experience and seniority of its professionals to meet the requirements of the tasks that were presented, and, in this regard, Applicant believes it has effectively and efficiently represented the interests of the Debtor in this matter.

(d)      Preclusion of Other Employment Due to the Acceptance of the Case.  To the extent of Applicant's services in connection with representation of the Debtor, it was precluded from performing such services on behalf of others.  Aside from the foregoing, there was no preclusion from other employment.

(e) <u>Customary Fee</u>.  Applicant's professional services were necessary and have directly contributed to the effective administration of this case.  Applicant believes that it has requested a total fee which is reasonable under the circumstances and consistent with other professionals in this case.  The hourly rates applied are the customary billing rates charged by Applicant's professionals for similar work and are in line with the rates charged on similar matters, without considering size, degree of responsibility, difficult, complexity, and results achieved. The hourly rates implied by the terms of the agreement reached with Dr. Lo reflect a significant discount to the customary rates charged for comparable work.

(f) <u>Whether the Fee is Fixed or Contingent</u>.  Applicant's compensation is not contingent on any particular outcome or recovery in this matter.  The relief requested herein is a fixed amount according to the terms of the agreement with Dr. Lo.  This amount, however, reflects a significant discount from the fees calculated at normal hourly rates charged by Applicant and established by the Application to Employ BVAR as Debtor's Financial Advisor [Docket No. 32 and the associated order Docket No. 53].

(g) <u>Time Limitations imposed by client and other circumstances</u>.  Applicant was under time limitations during the postpetition period, when (i) supporting the Debtor's counsel in finalizing motions that were essential to continuing the Debtor's operations, (ii) preparing for and testifying at the first day hearings before the Bankruptcy Court, and (iii) preparing for the emergency hearings before the Bankruptcy Court.

(h) <u>Amount Involved and Results Obtained.</u>  The fees requested in this Application are consistent with the results obtained and the work provided by Applicant.  As discussed herein, Applicant's efforts were necessary for, among other things, the filing of the first day motions and mediation.

(i)      <u>The Experience, Reputation and Ability of the Professionals.</u>  Applicant feels that members of its firm enjoy a good reputation.  Applicant believes that the firm is generally recognized in this district for its abilities and competency.  The Debtor chose Applicant based upon the firm's experience, reputation, and ability as presented prior to engagement.

(j)      <u>The Undesirability of the Case.</u>  Undesirability of the case with regard to Applicant is not a factor in this proceeding.

(k)      <u>Nature and Length of Professional Relationship with Client</u>.  In the prepetition period, the Applicant gained specific knowledge of the Debtor's complex operational history, corporate organization, capital structure, investor disputes, contracts and leases, and capital expenditures.

(l)      <u>Awards in Similar Cases</u>.  The fees requested herein are consistent with fees awarded to Applicant and other consulting firms in similar cases before the Bankruptcy Court, and are otherwise reasonable.

WHEREFORE, Applicant respectfully requests that:

1.      The Bankruptcy Court approve draw-down of the $10,000 retainer held by the

Applicant and its application to outstanding fees already approved.

2.      The Bankruptcy Court accept the terms of the agreement with Dr. Lo and authorize

a single cash payment to Applicant in the sum of $133,000, paid within five (5)

business days, in satisfaction of all fees and expense incurred in this matter.

3.      The Bankruptcy Court grant such other and further relief to which Applicant may

show itself to be justly entitled.


Dated: February 2, 2018

Respectfully submitted,

*BVA Group Restructuring and Advisory LLC*

BVA Group Restructuring and Advisory
LLC

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was served by the Court's CM/ECF service to all parties registered to receive electronic notice in this case on the 2nd day of February 2018.

*/s/ Kyung S. Lee*
Kyung S. Lee
TBA No. 12128400
klee@diamondmccarthy.com
Two Houston Center
909 Fannin, 37th Floor
Houston, TX 77010
Telephone: (713) 333-5100
Facsimile: (713) 333-5199

*Counsel for The Engy Group, LLC, debtor and debtor-in-possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **THE ENGY GROUP, LLC,** | § | **Case No. 17-34848** |
| | § | |
| **Debtor.** | § | |
| | § | |

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FRANCOIS STANISLAS BELLON,** | § | **Case No. 17-34923** |
| | § | |
| **Debtor.** | § | **Jointly Administered Under** |
| | § | **Case No. 17-34848** |

<u>**Attachment A**</u>

**FIRST FEE APPLICATION**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **THE ENGY GROUP, LLC,** | § | **Case No. 17-34848** |
| | § | |
| Debtor. | § | |
| | § | |

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **FRANCOIS STANISLAS BELLON,** | § | **Case No. 17-34923** |
| | § | |
| Debtor. | § | **Jointly Administered Under** |
| | § | **Case No. 17-34848** |

### Chapter 11 Fee Application Summary

| Name of Applicant: | BVA Group Restructuring and Advisory LLC | |
|---|---|---|
| **Applicant's Role in Case:** | Financial Advisor | |
| **Date Order of Employment Signed:** | 10/02/17 | |
| | **Beginning of Period** | **End of Period** |
| **Time period covered by this Application:** | 08/08/17 | 09/30/17 |
| **Time period(s) covered by prior Applications:** | N/A | N/A |
| **Total amounts awarded in all prior Applications:** | | $0.00 |
| **Total fees requested in this Application:** | | $142,824.50 |
| **Total professional fees requested in this Application:** | | $142,824.50 |
| **Total actual professional hours covered by this Application:** | | 270.0 |
| **Average hourly rate for professionals:** | | $528.98 |
| **Total paraprofessional fees requested in this Application:** | | $0.00 |
| **Total actual paraprofessional hours covered by this Application:** | | 0.00 |
| **Average hourly rate for paraprofessionals:** | | $225.00 |
| **Reimbursable expenses sought in this Application:** | | $281.76 |
| **Total to be Paid to Priority Unsecured Creditors:** | | To be Determined |
| **Anticipated % Dividend to Priority Unsecured Creditors:** | | To be Determined |

| Total to be Paid to General Unsecured Creditors: | To be Determined |
|---|---|
| **Anticipated % Dividend to General Unsecured Creditors:** | To be Determined |
| **Date of Confirmation Hearing:** | N/A |
| **Indicate whether plan has been confirmed:** | No |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **THE ENGY GROUP, LLC,** | § | **Case No. 17-34848** |
| | § | |
| Debtor. | § | |
| | § | |

| | | |
|---|---|---|
| | § | |
| In re: | § | **Chapter 11** |
| | § | |
| **FRANCOIS STANISLAS BELLON,** | § | **Case No. 17-34923** |
| | § | |
| Debtor. | § | **Jointly Administered Under** |
| | § | **Case No. 17-34848** |

**FIRST APPLICATION OF BVA GROUP RESTRUCTURING AND ADVISORY**
**LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED**
**AND FOR REIMBURSEMENT OF EXPENSES**
**AS FINANCIAL ADVISOR TO THE ENGY GROUP, LLC FOR**
<u>**THE PERIOD FROM AUGUST 8, 2017 THROUGH SEPTEMBER 30, 2017**</u>

<table>
<tr><td>

<u>NOTICE</u>

THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU.  IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE.  IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU.  YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED.  IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU.  IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING.  UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.

REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.

</td></tr>
</table>

TO THE HONORABLE MARVIN ISGUR, UNITED STATES BANKRUPTCY JUDGE:

BVA Group Restructuring and Advisory, LLC ("Applicant"), financial advisor to The Engy Group, LLC (the "Debtor"), makes this First Application of BVA Group Restructuring and Advisory LLC for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Financial Advisor to The Engy Group, LLC ("First Fee Application"), requesting fees in the amount of $142,824.50 and reimbursement of expenses of $281.76, totaling $143,106.26, for the period from August 8, 2017 through September 30, 2017 (the "Compensation Period"), pursuant to Sections 330 and 331 of the United States Bankruptcy Code, 11 § 101, et seq. (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and S.D. Tex. L.B.R. 2016-1(c), and in accordance with (i) the Order Establishing Procedures for Monthly Compensation and Reimbursement of Expenses for Retained Professionals. In support of this First Fee Application, Applicant respectfully represents as follows:

## I. **JURISDICTION**

1.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. § 1334. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

## II. **PROCEEDINGS**

2.      On August 8, 2017 ("Petition Date"), the Debtor filed a voluntary petition for relief under the Bankruptcy Code (the "Chapter 11 Case") in the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "Bankruptcy Court"). An order authorizing joint administration of the Debtor's case with the chapter 11 case of Francois Stanislas Bellon ("Bellon") was entered on September 29, 2017 [Docket No. 55].

3.      The Debtor has remained in possession of its property and managed its assets as a

debtor-in-possession under Bankruptcy Code sections 1107 and 1108.

4.      No trustee or examiner has been appointed in the Debtor's bankruptcy case and no official committee of unsecured creditors has been established.

5.      On September 7, 2017, Applicant filed its application to be employed as the Debtor's financial advisor [Docket No. 32], which was approved by the Bankruptcy Court on October 2, 2017 [Docket No. 53].

### III.   BACKGROUND

6.      The Debtor is a Delaware limited liability company formed in January 2013 to be a diversified holding company with investments in real estate, health care and the steel drum production and sale businesses.  In 2015, Bellon became the sole member of the Debtor.  The Debtor's corporate office is located at 2425 Mowery Road, Houston, Texas 77045.

7.      The Debtor is a holding company and is the (i) 100% owner of Engy Belvoir Ventures, LLC and (ii) 94% owner of Texas Engy Drums, LLC.  The corporate affairs of the Debtor are governed by the Amended and Restated Company Agreement of The Engy Group, LLC, dated as of November 30, 2016, but effective initially as of April 14, 2015 (the "Engy Company Agreement").  Under the Engy Company Agreement, Bellon was appointed manager of the Debtor.

8.      Subsequently, Bellon transferred membership interests in the Debtor, as follows:  (a) ten percent (10%) membership interest to Filemon "Phil" Lopez, (b) five percent (5%) membership interest to Dr. Kenneth Lo, and (c) two (2%) percent membership interest to Isidro Salazar Garza. As a result of these transfers, Bellon has an eighty-three percent (83%) membership interest in the Debtor.

3

## IV.  **PRIOR APPLICATIONS**

9.     Applicant has not filed any prior fee applications.

## V.  **FIRST APPLICATION FOR COMPENSATION**

10.     This is Applicant's first application for compensation.  This First Fee Application covers the allowance of compensation for professional services performed during the Compensation Period.  Exhibit A contains a list of all members of Applicant who performed services on behalf of the Debtor, as well as the number of hours worked, the types of work performed, the hourly fees charged, and the total fees charged by each professional.  No paraprofessionals of Applicant performed work for the Debtor during the Compensation Period.

11.     During the Compensation Period, Applicant expended a total of 270.0 hours for professional services rendered on behalf of the Debtor.  Exhibit B presents a complete and itemized accounting of the foregoing time spent, including a description of the nature and substance of the services rendered, costs incurred, the date the service was performed, and the professional who provided the services.  The value of the professional services rendered by Applicant during the Compensation Period totaled $142,824.50.

12.     During the Compensation Period, Applicant incurred aggregate expenses in the amount of $281.76.  Expenses incurred in the performance of the financial advisory services by Applicant are itemized by category in Exhibit C attached hereto.

## VI. **SUMMARY OF SERVICES RENDERED**

13.     The financial advisory services rendered by Applicant to the Debtor during this Chapter 11 Case were necessary and appropriate. These services were in the best interests of the Debtor and other parties in interest. The compensation requested is commensurate with the complexity and nature of the issues and tasks involved.

4

14.     The following project categories detail the activities performed by the professionals of Applicant.

15.     **Analysis.**                    **134.1 hours**          **$63,842.00 fees**

Services included, but were not limited to, analysis, review, and organization of documents received from the Debtor, updates to financial projections model, and review of the Debtor's historical financial statements, organizational documents, loan agreements, capital expenditures plans, and related diligence materials.

16.     **Settlement.**                  **59.5 hours**           **$36,687.50 fees**

Applicant prepared for and participated in proposed settlement discussions between, but not limited to, the Debtor's management, lenders, existing investors, and related attorneys.

17.     **Investors.**                   **52.5 hours**           **$29,985.00 fees**

Services included, but were not limited to, identifying, corresponding with, providing information to, negotiating with, addressing concerns of, and conducting tours of the Debtor's plant with potential investors.

18.     **Creditors.**                   **18.1 hours**           **$9,540.00 fees**

Services included, but were not limited to, corresponding and negotiating with the Debtor's existing creditors, including Kurt Orban Partners, Green Bank, Dr. Lo, and Third Coast Bank.

19.     **First Day Hearing.**           **5.8 hours**            **$2,770.00 fees**

Attendance at and preparation for Applicant in first hearing with the Bankruptcy Court.

## VII.     **RETAINER**

20.     Applicant received a $10,000 partial retainer on September 1, 2017 that was paid by an unaffiliated non-debtor.  Applicant has not applied this retainer to prepetition or postpetition invoices.

## VIII. FIRST COLONIAL FACTORS

21.    An analysis of the twelve (12) factors set forth in the case of *In re* First Colonial Corporation of America, 544 F.2d 1291 (5th Cir. 1977) governs the Court's determination of the propriety of the fees requested by Applicant.

22.    Pursuant to Bankruptcy Local Rule 2016(a), fee applications must include a discussion of the factors considered in *American Benefit Life Ins. Co. v. Baddock (In re* First Colonial Corp. of America*)*, 544 F.2d 1291, 1298-99 (5th Cir.), cert. denied, 431 U.S. 904 (1977). Consideration of the factors listed in *First Colonial Corp.* indicates that the compensation requested by Applicant for the services rendered during the Compensation Period is reasonable:

(a)    <u>Time and Labor Required.</u>  As set forth in detail on <u>Exhibit A</u> and <u>Exhibit B</u>, Applicant spent 270.0 hours during the Compensation Period providing financial advisory services to the Debtor.  Applicant consistently utilizes the least expensive staff available commensurate with the degree of experience and expertise required for the task in order to reduce the overall fees in this matter without any sacrifice to the quality of the services being rendered.  A list of professionals with Applicant who performed services for the Debtor during the Compensation Period and their billing rates is attached hereto as <u>Exhibit A</u>.

(b)    <u>Novelty and Difficulty of the Questions.</u>  The issues addressed by Applicant in connection with its services to the Debtor have in some cases been novel and complex and required specialized knowledge of the Bankruptcy Code and expertise in restructurings.  Numerous aspects of this Chapter 11 Case required Applicant's restructuring expertise, including specialized issues related to manufacturing companies and hospitals.

(c)    <u>Skill Requisite to Perform the Service Properly.</u>  The services performed by Applicant during the Compensation Period required the skills of trained professionals with an

appreciation and understanding of advanced reorganization concepts, as well as substantial expertise in bankruptcy-related financial analyses. Applicant's professionals were well suited for this engagement based on their education and experience. Indeed, the Debtor chose Applicant based upon the firm's qualifications as presented prior to the engagement. A resume of the members of Applicant's firm is attached hereto as <u>Exhibit D</u>. Applicant endeavored to utilize the various levels of experience and seniority of its professionals to meet the requirements of the tasks that were presented, and, in this regard, Applicant believes it has effectively and efficiently represented the interests of the Debtor in this matter.

        (d)    <u>Preclusion of Other Employment Due to the Acceptance of the Case.</u>  To the extent of Applicant's services in connection with representation of the Debtor, it was precluded from performing such services on behalf of others. Aside from the foregoing, there was no preclusion from other employment.

        (e)    <u>Customary Fee</u>. Applicant's professional services were necessary and have directly contributed to the effective administration of this case. Applicant believes that it has requested a total fee which is reasonable under the circumstances and consistent with other professionals in this case. The hourly rates applied are the customary billing rates charged by Applicant's professionals for similar work and are in line with the rates charged on similar matters, without considering size, degree of responsibility, difficult, complexity, and results achieved. <u>Exhibit A</u> and <u>Exhibit B</u> contain descriptions of such hourly rates.

        (f)    <u>Whether the Fee is Fixed or Contingent</u>. Applicant's fees are not fixed. The fees requested have been calculated at normal hourly rates charged by Applicant. The fees in a bankruptcy proceeding are always contingent upon ultimate approval by the Bankruptcy Court and

contingent upon there being assets available with which to pay such fees. Applicant's compensation is not, however, contingent on any particular outcome or recovery in this matter.

(g) <u>Time Limitations imposed by client and other circumstances</u>. Applicant was under time limitations during the postpetition period, when (i) supporting the Debtor's counsel in finalizing motions that were essential to continuing the Debtor's operations, (ii) preparing for and testifying at the first day hearings before the Bankruptcy Court, and (iii) preparing for the emergency hearings before the Bankruptcy Court.

(h) <u>Amount Involved and Results Obtained.</u> The fees requested in this Application are consistent with the results obtained and the work provided by Applicant. As discussed herein, Applicant's efforts were necessary for, among other things, the filing of the first day motions and mediation.

(i) <u>The Experience, Reputation and Ability of the Professionals.</u> Applicant feels that members of its firm enjoy a good reputation. The Debtor hired Applicant to provide the Bankruptcy Court with a fresh, unbiased perspective by a professional firm known for being honest, respectable, and trustworthy. Jeffrey Anapolsky is an adjunct professor teaching Corporate Financial Restructuring and Advanced Financial Restructuring at Rice University's Jones Graduate School of Business. Mr. Anapolsky is also co-author of "The Art of Distressed M&A: Buying, Selling and Financing Troubled and Insolvent Companies." Applicant believes that the firm is generally recognized in this district for its abilities and competency, particularly in the field of bankruptcy law and civil litigation. The Debtor chose Applicant based upon the firm's experience, reputation and ability as presented prior to engagement.

(j) <u>The Undesirability of the Case</u>. Undesirability of the case with regard to Applicant is not a factor in this proceeding.

8

(k)     <u>Nature and Length of Professional Relationship with Client</u>. In the prepetition period, the Applicant gained specific knowledge of the Debtor's complex operational history, corporate organization, capital structure, investor disputes, contracts and leases, and capital expenditures.

(l)     <u>Awards in Similar Cases</u>.  The fees requested herein are consistent with fees awarded to Applicant and other consulting firms in similar cases before the Bankruptcy Court, and are otherwise reasonable.

23.     **<u>Estimated Amount to Prepare First Fee Application.</u>**  Applicant estimates that the cost of preparing this First Fee Application is approximately $2,500.00.

WHEREFORE, Applicant respectfully requests that:

1.     The Bankruptcy Court authorize payment and reimbursement to Applicant the sum of $114,259.60 in fees (80% of $142,824.50), $281.76 in expenses, and $2,500.00 for the preparation of the First Fee Application, which aggregates to $117,041.36.

2.     The Bankruptcy Court grant such other and further relief to which Applicant may show itself to be justly entitled.

Dated: November 29, 2017

Respectfully submitted,

BVA Group Restructuring and Advisory LLC

BVA Group Restructuring and Advisory
LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by the Court's CM/ECF service to all parties registered to receive electronic notice in this case on the 29th day of November 2017.

*/s/ Kyung S. Lee*
Kyung S. Lee
TBA No. 12128400
klee@diamondmccarthy.com
Two Houston Center
909 Fannin, 37th Floor
Houston, TX 77010
Telephone: (713) 333-5100
Facsimile: (713) 333-5199

*Counsel for The Engy Group, LLC, debtor and debtor-in-possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **THE ENGY GROUP, LLC,** | § | **Case No. 17-34848** |
| | § | |
| **Debtor.** | § | |
| | § | |

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **FRANCOIS STANISLAS BELLON,** | § | **Case No. 17-34923** |
| | § | |
| **Debtor.** | § | **Jointly Administered Under** |
| | § | **Case No. 17-34848** |

**Exhibit A**

**FEE SUMMARY**

| Name of Professional Individual | Position | Hourly Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Anapolsky, Jeffrey M. | Managing Director | $650.00 | 151.7 | $98,605.00 |
| Anapolsky, Jeffrey M. | Managing Director | $325.00 | 5.5 | $1,787.50* |
| Peden, Justin | Senior Analyst | $400.00 | 67.2 | $26,880.00 |
| Gilmour, Miles | Senior Analyst | $350.00 | 38.8 | $13,580.00 |
| Braband, Sloan | Analyst | $290.00 | 6.5 | $1,885.00 |
| Saathoff, Austin | Analyst | $290.00 | 0.3 | $87.00 |
| Total | | | 270.0 | $142,824.50 |

| Professionals | Blended Rate | Total Hours | Total Fees |
|---|---|---|---|
| Managing Director | $638.63 | 157.2 | $100,392.50 |
| Senior Analyst/Analyst | $376.17 | 112.8 | $42,432.00 |
| Total | $528.98 | 270.0 | $142,824.50 |

| Service | Total Hours | Total Fees |
|---|---|---|
| Analysis | 134.1 | $63,842.00 |
| Settlement | 59.5 | $36,687.50 |
| Investors | 52.5 | $29,985.00 |
| Creditors | 18.1 | $9,540.00 |
| First Day Hearing | 5.8 | $2,770.00 |
| Total | 270.0 | $142,824.50 |

* Travel time billed at half rates.

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **THE ENGY GROUP, LLC,** | § | **Case No. 17-34848** |
| | § | |
| Debtor. | § | |
| | § | |

| | | |
|---|---|---|
| | § | |
| In re: | § | **Chapter 11** |
| | § | |
| **FRANCOIS STANISLAS BELLON,** | § | **Case No. 17-34923** |
| | § | |
| Debtor. | § | **Jointly Administered Under** |
| | § | **Case No. 17-34848** |

**Exhibit B**

**FEE DETAILS**



7250 Dallas Parkway
Suite 200
Plano, Texas 75024
972.377.0300

1000 Louisiana Street
Suite 6925
Houston, Texas 77002
713.457.3125

205 East 42nd Street
Floor 20
New York, New York 10017
212.364.1926

11/21/2017

*Engy Group LLC*
*2425 Mowery Rd.*
*Houston, TX 77045*

*Attn: Brian Hart*

*RE:*   Financial Advisory Services for The Engy Group, LLC

<u>INVOICE</u>
<u>Tax ID: 81-5375587</u>

*Invoice No. 13821-A*

| | | |
|---|---|---:|
| Total for Services | $ | 142,824.50 |
| Total for Expenses | | 281.76 |
| Fee application preparation | | 2,500.00 |
| Total fees | | 145,606.26 |
| Less: 20.0% holdback for services | | (28,564.90) |
| **Total Due Currently** | **$** | **117,041.36** |

*Pursuant to the project engagement letter, any retainer balance will be applied against the final invoice.*

## PLEASE PUT THIS ON YOUR PAYMENT:   13821-A

<u>WIRING INSTRUCTIONS</u>
Pay to the order of:
BVA Group
Restructuring and
Advisory LLC
Bank Name: Frost Bank
ABA # 114000093
Acct. # 609249761
Swift # FRSTUS44

<u>ACH ROUTING INSTRUCTIONS</u>
Pay to the order of:
BVA Group
Restructuring and
Advisory LLC
Bank Name: Frost Bank
ABA # 114000093
Acct. # 609249761

<u>U.S. MAIL</u>
Pay to the order of:
BVA Group
Restructuring and
Advisory LLC
Attn: BVA Accounting
7250 Dallas Parkway #200
Plano, TX 75024

<u>Please Note</u>: Any invoices that remain unpaid more than 45 days from the date of invoice shall be assessed a late charge of $250 and, commencing with the 46th day, bear compound interest, retroactive to the date of the invoice, at the lesser of 1.5 percent per month or the maximum allowable interest under Texas law.

Thank You

| DATE | STAFF | SERVICE | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-------|---------|-------------|-------|------|--------|
| 08/08/2017 | Anapolsky | Analysis | Bankruptcy preparation and filing | 0.80 | $650.00 | $ 520.00 |
| 08/08/2017 | Anapolsky | Analysis | Letter to employees | 0.40 | $650.00 | $ 260.00 |
| 08/08/2017 | Anapolsky | Analysis | Letter to R.Young | 0.40 | $650.00 | $ 260.00 |
| 08/08/2017 | Anapolsky | Creditors | Communications about Green Bank | 0.20 | $650.00 | $ 130.00 |
| 08/08/2017 | Anapolsky | Analysis | Engy organizational chart | 0.90 | $650.00 | $ 585.00 |
| 08/08/2017 | Anapolsky | Investors | Call with [redacted] | 0.30 | $650.00 | $ 195.00 |
| 08/08/2017 | Peden | Settlement | Calls and meetings with Engy counsel and representatives. | 0.80 | $400.00 | $ 320.00 |
| 08/08/2017 | Peden | Analysis | Corporate document review and analysis. | 2.20 | $400.00 | $ 880.00 |
| 08/09/2017 | Anapolsky | Creditors | Preparation for and participation in Green Bank meeting re: Engy. | 2.30 | $650.00 | $ 1,495.00 |
| 08/09/2017 | Anapolsky | Analysis | Discussion with J. Ray re: CNC machines. | 0.40 | $650.00 | $ 260.00 |
| 08/09/2017 | Anapolsky | Investors | Coffee with [redacted]  re: Engy. | 0.50 | $650.00 | $ 325.00 |
| 08/09/2017 | Anapolsky | Investors | Plant tour and lunch to discuss afterward re: Engy. | 2.00 | $650.00 | $ 1,300.00 |
| 08/09/2017 | Anapolsky | Investors | Communications with potential investors re: Engy. | 1.50 | $650.00 | $ 975.00 |
| 08/09/2017 | Peden | Creditors | Meeting with Green Bank; calls and meetings with Engy counsel and representatives. | 6.70 | $400.00 | $ 2,680.00 |
| 08/09/2017 | Peden | Analysis | Pull data on industry and competitors. | 0.80 | $400.00 | $ 320.00 |
| 08/09/2017 | Peden | Analysis | Tour of plant and discussions with employees. | 1.30 | $400.00 | $ 520.00 |
| 08/09/2017 | Peden | Analysis | Review forecast and record questions. | 0.70 | $400.00 | $ 280.00 |
| 08/10/2017 | Anapolsky | Analysis | Breakfast with S. Bellon and  [redacted]  re: Engy | 1.10 | $650.00 | $ 715.00 |
| 08/10/2017 | Anapolsky | Analysis | Lunch with S. Bellon and [redacted]  re: Engy investment. | 1.70 | $650.00 | $ 1,105.00 |
| 08/10/2017 | Anapolsky | Creditors | Communications with Diamond McCarthy re: creditor negotiations re: Engy | 0.90 | $650.00 | $ 585.00 |
| 08/10/2017 | Anapolsky | Analysis | Communications with J. Peden, S. Bellon, [redacted] and K. Lee re: M. Orban intrusion at plant re: Engy | 1.10 | $650.00 | $ 715.00 |
| 08/10/2017 | Anapolsky | Analysis | Communications with  [redacted] re: Engy investment. | 0.50 | $650.00 | $ 325.00 |
| 08/10/2017 | Anapolsky | Analysis | Review documents received and flag incomplete information re: Engy. | 0.50 | $650.00 | $ 325.00 |
| 08/10/2017 | Peden | Analysis | Document review and organization. | 3.20 | $400.00 | $ 1,280.00 |
| 08/10/2017 | Peden | Creditors | Act as fiduciary and on-site representative of the company. | 2.20 | $400.00 | $ 880.00 |
| 08/10/2017 | Peden | Analysis | Discussions with employees regarding business. | 0.60 | $400.00 | $ 240.00 |
| 08/10/2017 | Peden | Analysis | Take photographs of equipment potentially available for sale. | 0.50 | $400.00 | $ 200.00 |
| 08/10/2017 | Peden | Investors | Draft investment brief. | 2.50 | $400.00 | $ 1,000.00 |
| 08/11/2017 | Peden | Analysis | Pull information on comparable company bankruptcies. | 1.70 | $400.00 | $ 680.00 |
| 08/11/2017 | Peden | Analysis | Meetings with M. Orban and R. Young. | 1.40 | $400.00 | $ 560.00 |
| 08/11/2017 | Peden | Analysis | Meeting with S.Bellon and B.Walker. | 2.10 | $400.00 | $ 840.00 |
| 08/11/2017 | Peden | Analysis | Document review and organization. | 1.80 | $400.00 | $ 720.00 |
| 08/11/2017 | Anapolsky | Settlement | Meeting with KOP | 0.90 | $650.00 | $ 585.00 |
| 08/11/2017 | Anapolsky | Investors | Communications with [redacted] | 0.80 | $650.00 | $ 520.00 |
| 08/11/2017 | Anapolsky | Analysis | Meeting with B.Walker | 1.10 | $650.00 | $ 715.00 |
| 08/11/2017 | Anapolsky | Analysis | Updates to Hoover Slovacek | 0.30 | $650.00 | $ 195.00 |
| 08/11/2017 | Anapolsky | Analysis | Multiple communications with Diamond McCarthy | 0.40 | $650.00 | $ 260.00 |
| 08/11/2017 | Anapolsky | Creditors | Discussions about Green Bank request for meetings | 0.50 | $650.00 | $ 325.00 |
| 08/11/2017 | Anapolsky | Creditors | Communication with Green Bank re: financial projections for underwriting | 0.60 | $650.00 | $ 390.00 |
| 08/11/2017 | Anapolsky | Investors | Call with Chiron Advisors re: Evans steel drum bankruptcy | 0.40 | $650.00 | $ 260.00 |
| 08/11/2017 | Anapolsky | Investors | Communications re: plant tour with KOP | 0.10 | $650.00 | $ 65.00 |
| 08/11/2017 | Anapolsky | Analysis | Communications with S.Bellon re: personal Chapter 11 and impact on Debtor's case | 0.40 | $650.00 | $ 260.00 |
| 08/11/2017 | Anapolsky | Analysis | Review documents received | 0.50 | $650.00 | $ 325.00 |
| 08/12/2017 | Anapolsky | Settlement | Draft, edit, discuss and send settlement proposal to S. Bellon and M. Orban | 0.90 | $650.00 | $ 585.00 |
| 08/12/2017 | Anapolsky | Analysis | Create ownership table | 0.40 | $650.00 | $ 260.00 |
| 08/12/2017 | Anapolsky | Analysis | Create hypothetical 2019 valuation analysis | 0.70 | $650.00 | $ 455.00 |
| 08/12/2017 | Anapolsky | Analysis | Multiple follow-up communications | 0.40 | $650.00 | $ 260.00 |
| 08/12/2017 | Anapolsky | Analysis | Review documents received | 0.40 | $650.00 | $ 260.00 |
| 08/12/2017 | Anapolsky | Analysis | Communications with J. Peden | 0.20 | $650.00 | $ 130.00 |
| 08/13/2017 | Anapolsky | Settlement | Review Chapter 11 Trustee motion and send comments to Diamond McCarthy | 0.40 | $650.00 | $ 260.00 |
| 08/13/2017 | Anapolsky | Analysis | Communications with S.Bellon re: personal Chapter 11 and impact on Debtor's case | 0.10 | $650.00 | $ 65.00 |
| 08/13/2017 | Anapolsky | Analysis | Communications with Hoover Slovacek | 0.30 | $650.00 | $ 195.00 |
| 08/13/2017 | Anapolsky | Analysis | Call with Dr. Lo | 0.50 | $650.00 | $ 325.00 |
| 08/13/2017 | Anapolsky | Analysis | Communications with J. Peden | 0.20 | $650.00 | $ 130.00 |
| 08/14/2017 | Peden | Analysis | Discussions with Engy employees | 3.40 | $400.00 | $ 1,360.00 |
| 08/14/2017 | Peden | Analysis | Review and analysis of documentation retrieved on-site at Engy facility. | 5.20 | $400.00 | $ 2,080.00 |
| 08/14/2017 | Peden | Investors | Work on investor presentation | 2.10 | $400.00 | $ 840.00 |
| 08/14/2017 | Anapolsky | Analysis | Meeting at Diamond McCarthy re: Bellon personal bankruptcy | 0.80 | $650.00 | $ 520.00 |
| 08/14/2017 | Anapolsky | Settlement | Edits to Chapter 11 Trustee motion and gather facts and support for background section | 0.30 | $650.00 | $ 195.00 |
| 08/14/2017 | Anapolsky | Settlement | Preparation for Tuesday hearing | 0.40 | $650.00 | $ 260.00 |

| DATE | STAFF | SERVICE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 08/14/2017 | Anapolsky | Analysis | Communication with M. Orban | 0.20 | $650.00 | $ 130.00 |
| 08/14/2017 | Anapolsky | Analysis | Call with [redacted] to introduce investment opportunity | 0.40 | $650.00 | $ 260.00 |
| 08/14/2017 | Anapolsky | Investors | Work on investor presentation | 0.30 | $650.00 | $ 195.00 |
| 08/14/2017 | Anapolsky | Investors | Call with [redacted] re: DIP loan | 0.40 | $650.00 | $ 260.00 |
| 08/14/2017 | Anapolsky | Creditors | Communication with Green Bank | 0.20 | $650.00 | $ 130.00 |
| 08/15/2017 | Peden | Analysis | Document review and analysis | 1.20 | $400.00 | $ 480.00 |
| 08/15/2017 | Peden | First Day Hearing | Preparation for and attendance at Bankruptcy Court hearing | 4.00 | $400.00 | $ 1,600.00 |
| 08/15/2017 | Anapolsky | First Day Hearing | Preparation for and attendance at Bankruptcy Court hearing | 1.20 | $650.00 | $ 780.00 |
| 08/15/2017 | Anapolsky | First Day Hearing | Conversations after Bankruptcy Court hearing with Diamond McCarthy and other attorneys | 0.60 | $650.00 | $ 390.00 |
| 08/15/2017 | Anapolsky | Investors | Editing and drafting investor presentation | 0.90 | $650.00 | $ 585.00 |
| 08/15/2017 | Anapolsky | Analysis | Update Hoover Slovacek | 0.30 | $650.00 | $ 195.00 |
| 08/15/2017 | Anapolsky | Settlement | Discussions with Diamond McCarthy re: Chapter 11 Trustee v. CRO | 0.50 | $650.00 | $ 325.00 |
| 08/15/2017 | Anapolsky | Analysis | Review new materials from company | 0.50 | $650.00 | $ 325.00 |
| 08/15/2017 | Anapolsky | Investors | Communications with [redacted] re: Engy investment | 0.10 | $650.00 | $ 65.00 |
| 08/15/2017 | Anapolsky | Settlement | Review adversary proceeding filed by KOP | 0.30 | $650.00 | $ 195.00 |
| 08/15/2017 | Anapolsky | Analysis | Preparation for dinner with S. Bellon | 0.10 | $650.00 | $ 65.00 |
| 08/16/2017 | Peden | Analysis | Document review and analysis | 0.40 | $400.00 | $ 160.00 |
| 08/16/2017 | Peden | Investors | Adjustments to investor presentation | 0.30 | $400.00 | $ 120.00 |
| 08/16/2017 | Anapolsky | Analysis | Meeting at plant with Dr. Lo, P.Lopez, P.McKelvy, and S.Bellon | 1.00 | $650.00 | $ 650.00 |
| 08/16/2017 | Anapolsky | Analysis | Communications with Diamond McCarthy re: mediation, strategy, background information | 0.50 | $650.00 | $ 325.00 |
| 08/16/2017 | Anapolsky | Investors | Revisions to investor presentation | 0.30 | $650.00 | $ 195.00 |
| 08/16/2017 | Anapolsky | Analysis | Debriefing with J. Peden | 0.10 | $650.00 | $ 65.00 |
| 08/16/2017 | Anapolsky | Investors | Communications with [redacted] re: Engy investment | 0.30 | $650.00 | $ 195.00 |
| 08/16/2017 | Anapolsky | Investors | Call with [redacted] re: Engy investment | 0.40 | $650.00 | $ 260.00 |
| 08/16/2017 | Anapolsky | Investors | Communications with [redacted] re: Engy investment | 0.40 | $650.00 | $ 260.00 |
| 08/17/2017 | Peden | Analysis | Calls with C. Rubio, B. Hart, P. Lopez, and E. Gao | 2.50 | $400.00 | $ 1,000.00 |
| 08/17/2017 | Peden | Analysis | Document request and review | 0.20 | $400.00 | $ 80.00 |
| 08/17/2017 | Peden | Analysis | Financial data queries and review | 0.30 | $400.00 | $ 120.00 |
| 08/17/2017 | Peden | Investors | Edits to investor presentation | 0.50 | $400.00 | $ 200.00 |
| 08/17/2017 | Anapolsky | Analysis | Reply to Houston Business Journal reporter | 0.10 | $650.00 | $ 65.00 |
| 08/17/2017 | Anapolsky | Analysis | Communications with Diamond McCarthy | 0.40 | $650.00 | $ 260.00 |
| 08/17/2017 | Anapolsky | Investors | Work on investor presentation based upon meeting with management and new documents received | 1.00 | $650.00 | $ 650.00 |
| 08/18/2017 | Peden | Analysis | Calls with Engy personnel and review of accounting information | 2.60 | $400.00 | $ 1,040.00 |
| 08/18/2017 | Anapolsky | Investors | Communications with [redacted] re: Engy investment | 0.20 | $650.00 | $ 130.00 |
| 08/18/2017 | Anapolsky | Investors | Finalize investment presentation, including industry research | 0.40 | $650.00 | $ 260.00 |
| 08/18/2017 | Anapolsky | Analysis | Communications with Dr. Lo re: hospital fundraising, appraisal, and mediation | 0.30 | $650.00 | $ 195.00 |
| 08/18/2017 | Anapolsky | Analysis | Communications with S. Bellon re: fundraising mediation | 0.20 | $650.00 | $ 130.00 |
| 08/18/2017 | Anapolsky | Analysis | Review new materials and analyses received | 0.40 | $650.00 | $ 260.00 |
| 08/21/2017 | Peden | Analysis | Review slides | 0.20 | $400.00 | $ 80.00 |
| 08/21/2017 | Peden | Analysis | Calls with B. Hart | 0.20 | $400.00 | $ 80.00 |
| 08/21/2017 | Peden | Analysis | Meeting with S.Bellon | 0.10 | $400.00 | $ 40.00 |
| 08/21/2017 | Anapolsky | Analysis | Meeting with S.Bellon | 1.50 | $650.00 | $ 975.00 |
| 08/21/2017 | Anapolsky | Analysis | Review and discuss steel at dock | 0.50 | $650.00 | $ 325.00 |
| 08/21/2017 | Anapolsky | Analysis | Discuss Mowery Plant potential real estate value with J.Ray | 0.40 | $650.00 | $ 260.00 |
| 08/21/2017 | Anapolsky | Investors | Work on NDAs with potential investors | 0.50 | $650.00 | $ 325.00 |
| 08/21/2017 | Anapolsky | Investors | Discussion with [redacted] in advance of meeting re: investment in Engy | 0.40 | $650.00 | $ 260.00 |
| 08/21/2017 | Anapolsky | Analysis | Update org chart after meeting with S.Bellon | 0.10 | $650.00 | $ 65.00 |
| 08/21/2017 | Anapolsky | Investors | Finalize investor presentation | 0.60 | $650.00 | $ 390.00 |
| 08/22/2017 | Peden | Analysis | Progress discussions and math check. | 0.30 | $400.00 | $ 120.00 |
| 08/22/2017 | Anapolsky | Investors | Meeting at plant with [redacted] re: Engy investment | 2.00 | $650.00 | $ 1,300.00 |
| 08/22/2017 | Anapolsky | Analysis | Meeting with K. Lee, B. Hart, P. Lopez re: financial data analysis | 1.00 | $650.00 | $ 650.00 |
| 08/22/2017 | Anapolsky | Analysis | Review Colorado case and related Texas statute | 0.10 | $650.00 | $ 65.00 |
| 08/22/2017 | Anapolsky | Investors | Follow-up with [redacted] re: Engy investment | 0.50 | $650.00 | $ 325.00 |
| 08/23/2017 | Peden | Analysis | Meeting with S.Bellon; discussions with J. Anapolsky. | 0.50 | $400.00 | $ 200.00 |
| 08/23/2017 | Anapolsky | Settlement | Meeting and follow-up phone call with S. Bellon to discuss debtor case strategy, mediation, mediator, hospital monetization, and potential bank loan for capex | 2.50 | $650.00 | $ 1,625.00 |
| 08/23/2017 | Anapolsky | Investors | Call with [redacted] re: DIP loan and stalking horse bid | 2.80 | $650.00 | $ 1,820.00 |
| 08/23/2017 | Anapolsky | Investors | Call with Diamond McCarthy re: stalking horse and mediator | 0.20 | $650.00 | $ 130.00 |
| 08/23/2017 | Anapolsky | Settlement | Communications with S. Bellon and Diamond McCarthy re: KOP refusal to deliver steel | 0.20 | $650.00 | $ 130.00 |
| 08/23/2017 | Anapolsky | Investors | Review and negotiation NDAs with [redacted] re: Engy investment | 0.20 | $650.00 | $ 130.00 |
| 08/24/2017 | Peden | Analysis | Calls with S.Bellon and counsel | 0.70 | $400.00 | $ 280.00 |

| DATE | STAFF | SERVICE | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-------|---------|-------------|-------|------|--------|
| 08/24/2017 | Anapolsky | Analysis | Call with Dr. Lo, S. Bellon, Diamond McCarthy re: investors, KOP, and mediation | 0.60 | $650.00 | $ 390.00 |
| 08/24/2017 | Anapolsky | Analysis | Follow-up call with Dr. Lo | 0.50 | $650.00 | $ 325.00 |
| 08/24/2017 | Anapolsky | Investors | Follow-up discussions with [redacted] re: Engy investment | 0.30 | $650.00 | $ 195.00 |
| 08/24/2017 | Anapolsky | Settlement | Discussion with management and Diamond McCarthy re: undelivered steel | 0.30 | $650.00 | $ 195.00 |
| 08/24/2017 | Anapolsky | Analysis | Review Engy accounting journal entries with J. Peden | 0.50 | $650.00 | $ 325.00 |
| 08/25/2017 | Anapolsky | Investors | Communications with [redacted] re: Engy investment diligence | 0.20 | $650.00 | $ 130.00 |
| 08/25/2017 | Anapolsky | Analysis | Follow-up with B.Hart and K.Lee re: equipment appraisal | 0.20 | $650.00 | $ 130.00 |
| 08/25/2017 | Anapolsky | Investors | Follow-up with [redacted] re: Engy investment | 0.10 | $650.00 | $ 65.00 |
| 08/28/2017 | Anapolsky | Investors | Connect with multiple potential investors re: refinancing | 0.30 | $650.00 | $ 195.00 |
| 08/28/2017 | Anapolsky | Investors | Follow-up with [redacted] re: appraisal and other due diligence items | 0.30 | $650.00 | $ 195.00 |
| 08/28/2017 | Anapolsky | Analysis | Communications with Dr.Lo re: mediation preparation | 0.40 | $650.00 | $ 260.00 |
| 08/29/2017 | Peden | Investors | Review and send out NDAs and prepared materials. | 0.60 | $400.00 | $ 240.00 |
| 08/29/2017 | Anapolsky | Investors | Calls with [redacted] and [redacted] re: potential investment | 0.50 | $650.00 | $ 325.00 |
| 08/29/2017 | Anapolsky | Investors | Finalize NDAs with J.Peden | 0.10 | $650.00 | $ 65.00 |
| 08/29/2017 | Anapolsky | Investors | Communications with [redacted] re: Engy investment | 0.40 | $650.00 | $ 260.00 |
| 08/30/2017 | Anapolsky | Creditors | Call with S.Lemmon re: mediation and restructuring progress | 0.50 | $650.00 | $ 325.00 |
| 08/30/2017 | Anapolsky | Investors | Calls with [redacted] re: Engy investment | 0.50 | $650.00 | $ 325.00 |
| 08/31/2017 | Anapolsky | Investors | Preparation for and participation in call with [redacted] and management | 0.80 | $650.00 | $ 520.00 |
| 08/31/2017 | Anapolsky | Analysis | Call with CFO re: mediation, books and records, and financial topics | 0.50 | $650.00 | $ 325.00 |
| 08/31/2017 | Anapolsky | Investors | Internal discussions re: additional potential investors | 0.20 | $650.00 | $ 130.00 |
| 08/31/2017 | Peden | Analysis | Calls with Engy management team re: model and investment presentation assumptions | 2.00 | $400.00 | $ 800.00 |
| 09/01/2017 | Peden | Analysis | Discussions with Counsel and Engy Management re: mediation preparation | 1.50 | $400.00 | $ 600.00 |
| 09/01/2017 | Anapolsky | Settlement | Call with S.Bellon and K.Lee re: mediation preparation | 0.80 | $650.00 | $ 520.00 |
| 09/01/2017 | Anapolsky | Settlement | Review and revise BVA retention application/declaration/order, relationship check re: UST office | 0.90 | $650.00 | $ 585.00 |
| 09/01/2017 | Anapolsky | Investors | Communications with [redacted] re: Engy investment | 0.70 | $650.00 | $ 455.00 |
| 09/01/2017 | Anapolsky | Investors | Circulate equipment appraisal to [redacted] | 0.10 | $650.00 | $ 65.00 |
| 09/01/2017 | Anapolsky | Analysis | Review equipment appraisal | 0.40 | $650.00 | $ 260.00 |
| 09/01/2017 | Anapolsky | Analysis | Deal with collecting retainer | 0.20 | $650.00 | $ 130.00 |
| 09/01/2017 | Anapolsky | Analysis | Communications with Dr. Lo's counsel | 0.30 | $650.00 | $ 195.00 |
| 09/01/2017 | Anapolsky | Creditors | Communication with Green Bank's counsel | 0.30 | $650.00 | $ 195.00 |
| 09/01/2017 | Anapolsky | Settlement | Review file from CFO for mediation; outline for K.Lee | 1.70 | $650.00 | $ 1,105.00 |
| 09/03/2017 | Peden | Analysis | Review of schedules prepared by Engy | 0.50 | $400.00 | $ 200.00 |
| 09/03/2017 | Peden | Analysis | Reconcilliation with Quickbooks data | 0.50 | $400.00 | $ 200.00 |
| 09/05/2017 | Anapolsky | Settlement | Preparation for mediation | 2.50 | $650.00 | $ 1,625.00 |
| 09/05/2017 | Anapolsky | Analysis | Communications with S. Bellon, E. Rothberg, K. Lee re: mediation | 0.50 | $650.00 | $ 325.00 |
| 09/05/2017 | Anapolsky | Investors | Calls with [redacted] re: Engy investment | 0.50 | $650.00 | $ 325.00 |
| 09/05/2017 | Anapolsky | Settlement | Review mediation statement | 0.80 | $650.00 | $ 520.00 |
| 09/05/2017 | Anapolsky | Settlement | Finalize BVA Restructuring declaration | 0.70 | $650.00 | $ 455.00 |
| 09/06/2017 | Anapolsky | Settlement | Travel to/from mediation in Austin (half rate) | 5.50 | $325.00 | $ 1,787.50 |
| 09/06/2017 | Anapolsky | Settlement | Mediation attendance | 7.00 | $650.00 | $ 4,550.00 |
| 09/06/2017 | Anapolsky | Settlement | Dinner with Diamond McCarthy and S.Bellon re: mediation and next steps for Dr. Lo and Green Bank | 2.00 | $650.00 | $ 1,300.00 |
| 09/07/2017 | Anapolsky | Settlement | Meeting with S.Bellon re: follow-up from first mediation and preparation for second mediation | 2.00 | $650.00 | $ 1,300.00 |
| 09/07/2017 | Anapolsky | Investors | Follow-up with [redacted] re: Engy investment | 0.30 | $650.00 | $ 195.00 |
| 09/07/2017 | Anapolsky | Creditors | Communications with attorneys re: Green Bank reaction to proposed mediation settlement | 0.10 | $650.00 | $ 65.00 |
| 09/07/2017 | Anapolsky | Settlement | Follow-up re: BVA retention application | 0.20 | $650.00 | $ 130.00 |
| 09/07/2017 | Anapolsky | Settlement | Review diligence materials on KOP amounts | 0.50 | $650.00 | $ 325.00 |
| 09/08/2017 | Anapolsky | Analysis | Call with CFO re: reconciliation with July 1 spreadsheet | 0.50 | $650.00 | $ 325.00 |
| 09/08/2017 | Anapolsky | Settlement | Meeting with S.Bellon and M.Lo re: mediation settlement proposal | 1.20 | $650.00 | $ 780.00 |
| 09/08/2017 | Anapolsky | Settlement | Follow-up communications with Diamond McCarthy | 0.20 | $650.00 | $ 130.00 |
| 09/08/2017 | Anapolsky | Creditors | Calls with S.Lemmon and M.Cross from Green Bank re: mediation settlement proposal, Dr. Lo's position, collateral, forensic investigation, and next steps | 1.00 | $650.00 | $ 650.00 |
| 09/08/2017 | Anapolsky | Investors | Communications with potential investors re: scheduling | 0.20 | $650.00 | $ 130.00 |
| 09/09/2017 | Anapolsky | Settlement | Meeting with K.Lee, K.Lo, & S.Bellon re: mediation proposal, Mowery Plant lease, Green Bank, inventory | 2.40 | $650.00 | $ 1,560.00 |
| 09/09/2017 | Anapolsky | Analysis | Meeting with K.Lo & B.Hart re: financial projections and inventory | 1.10 | $650.00 | $ 715.00 |
| 09/09/2017 | Anapolsky | Creditors | Communications with Green Bank re: mediation issues | 0.60 | $650.00 | $ 390.00 |
| 09/11/2017 | Peden | Analysis | Internal discussions with J. Anapolsky and S. Braband. | 0.20 | $400.00 | $ 80.00 |

| DATE | STAFF | SERVICE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 09/11/2017 | Anapolsky | Analysis | Communications with Diamond McCarthy, P.Lopez, M.Forrest re: facts and support for turnover motion for steel at docks | 1.40 | $650.00 | $ 910.00 |
| 09/11/2017 | Anapolsky | Settlement | Scheduling communications re: mediation | 0.20 | $650.00 | $ 130.00 |
| 09/11/2017 | Anapolsky | Analysis | Communications re: Dr. Lo's position | 0.30 | $650.00 | $ 195.00 |
| 09/11/2017 | Anapolsky | Investors | Internal communications re: one-pager to support marketing efforts | 0.50 | $650.00 | $ 325.00 |
| 09/11/2017 | Braband | Investors | Research and write one page teaser | 4.00 | $290.00 | $ 1,160.00 |
| 09/12/2017 | Peden | Investors | Review and revise investment flyer. | 1.20 | $400.00 | $ 480.00 |
| 09/12/2017 | Braband | Investors | Finish one page teaser. | 2.00 | $290.00 | $ 580.00 |
| 09/12/2017 | Anapolsky | Creditors | Communications with Diamond McCarthy re: Green Bank, mediation, and depositions | 0.30 | $650.00 | $ 195.00 |
| 09/12/2017 | Anapolsky | Investors | Work on one page teaser for asset sale | 0.20 | $650.00 | $ 130.00 |
| 09/12/2017 | Anapolsky | Investors | Scheduling investor meeting | 0.10 | $650.00 | $ 65.00 |
| 09/13/2017 | Anapolsky | Analysis | Review of July financials and discussions with B.Hart re: same. | 1.70 | $650.00 | $ 1,105.00 |
| 09/13/2017 | Peden | Analysis | Discussions with Brian Hart and J. Anapolsky. | 0.50 | $400.00 | $ 200.00 |
| 09/14/2017 | Gilmour | Analysis | Discussions with J. Anapolsky and J. Peden regarding Engy assignment. | 3.00 | $350.00 | $ 1,050.00 |
| 09/14/2017 | Anapolsky | Investors | Presentation to [redacted]; scheduling plant tour for [redacted]; communications with [redacted] | 0.70 | $650.00 | $ 455.00 |
| 09/14/2017 | Anapolsky | Creditors | Review multiple communications from counsel and client re: next steps in Ch. 11 case, new settlement proposal, Green Bank. | 0.40 | $650.00 | $ 260.00 |
| 09/14/2017 | Peden | Analysis | Discussions with J. Anapolsky and M. Gilmour. | 0.50 | $400.00 | $ 200.00 |
| 09/15/2017 | Peden | Analysis | Calls with Brian Hart; internal discussions. | 2.10 | $400.00 | $ 840.00 |
| 09/15/2017 | Gilmour | Analysis | Call with Engy CFO to discuss information request, and discussions with J. Anapolsky and J. Peden regarding Engy. | 1.50 | $350.00 | $ 525.00 |
| 09/15/2017 | Anapolsky | Investors | Preparation for and participation in plant tour with [redacted]; follow-up communications re: same. | 2.20 | $650.00 | $ 1,430.00 |
| 09/15/2017 | Anapolsky | Analysis | Meeting with CFO re: July 2017 financials and next steps in case | 1.40 | $650.00 | $ 910.00 |
| 09/15/2017 | Anapolsky | Investors | Intro call with [redacted] and scheduling plant tour and management meeting | 1.00 | $650.00 | $ 650.00 |
| 09/15/2017 | Anapolsky | Investors | Follow-up communications with [redacted] re: status and next steps. | 0.20 | $650.00 | $ 130.00 |
| 09/18/2017 | Braband | Investors | Revise one pager. | 0.50 | $290.00 | $ 145.00 |
| 09/18/2017 | Gilmour | Analysis | Discussions with J. Anapolsky and J. Peden on Engy. | 1.00 | $350.00 | $ 350.00 |
| 09/18/2017 | Anapolsky | Investors | Plant tour and meeting with [redacted] | 3.00 | $650.00 | $ 1,950.00 |
| 09/18/2017 | Anapolsky | Investors | Lunch with [redacted] and S.Bellon | 1.50 | $650.00 | $ 975.00 |
| 09/18/2017 | Anapolsky | Settlement | Call with C.Rubio re: mediation counterproposal, DIP loan, motion to dismiss, case strategy | 1.20 | $650.00 | $ 780.00 |
| 09/18/2017 | Anapolsky | Analysis | Communications with CFO re: financial statements | 0.70 | $650.00 | $ 455.00 |
| 09/18/2017 | Anapolsky | Investors | Communications with [redacted] | 0.30 | $650.00 | $ 195.00 |
| 09/18/2017 | Anapolsky | Analysis | Internal communications re: modeling | 0.20 | $650.00 | $ 130.00 |
| 09/18/2017 | Anapolsky | Settlement | Review and edit motion to dismiss. | 0.90 | $650.00 | $ 585.00 |
| 09/19/2017 | Saathoff | Analysis | Identify and save down appropriate futures curve data for M. Gilmour off of Bloomberg. | 0.30 | $290.00 | $ 87.00 |
| 09/19/2017 | Anapolsky | Analysis | Meeting with Dr. Lo re: mediation follow-up, settlement alternatives, financial oveview, investors | 2.00 | $650.00 | $ 1,300.00 |
| 09/19/2017 | Anapolsky | Analysis | Model review and edits with M. Gilmour. | 1.20 | $650.00 | $ 780.00 |
| 09/19/2017 | Anapolsky | Creditors | Communications with attorneys and S.Bellon re: next steps with mediation, 2004 exams, motion to dismiss, and DIP Loan. | 0.80 | $650.00 | $ 520.00 |
| 09/19/2017 | Anapolsky | Investors | Call with [redacted] re: DIP Loan | 0.40 | $650.00 | $ 260.00 |
| 09/19/2017 | Anapolsky | Investors | Finish edits to one-page teaser | 0.20 | $650.00 | $ 130.00 |
| 09/19/2017 | Anapolsky | Analysis | Call with CFO re: vendor payments | 0.40 | $650.00 | $ 260.00 |
| 09/19/2017 | Gilmour | Analysis | Discussions with J. Anapolsky regarding Engy analysis | 2.00 | $350.00 | $ 700.00 |
| 09/19/2017 | Gilmour | Analysis | Updates to Engy forecasted financial performance model | 6.00 | $350.00 | $ 2,100.00 |
| 09/20/2017 | Anapolsky | Settlement | Meeting with Dr. Lo, Bellon, Green Bank re: mediation, settlement, forbearance and follow-up communications re: same | 3.30 | $650.00 | $ 2,145.00 |
| 09/20/2017 | Anapolsky | Settlement | Meeting with Bellon re: potential investors and response to KOP/Orban settlement proposal | 0.80 | $650.00 | $ 520.00 |
| 09/20/2017 | Anapolsky | Analysis | Discussions with B.Hart and M.Gilmour re: financial projections and modeling assumptions | 0.50 | $650.00 | $ 325.00 |
| 09/20/2017 | Anapolsky | Investors | Call with [redacted], steel drum expert and P.McKelvy re: steel drum industry and Engy business plan | 1.00 | $650.00 | $ 650.00 |
| 09/20/2017 | Anapolsky | Settlement | Review Orban/KOP motion to quash Green Bank 2004 exam and communications re: Debtor's objection. | 0.80 | $650.00 | $ 520.00 |
| 09/20/2017 | Anapolsky | Investors | Communications with potential lenders. | 0.40 | $650.00 | $ 260.00 |
| 09/20/2017 | Gilmour | Analysis | Client site meeting at Engy, call with Engy management and other parties, and discussions with S. Bellon and J. Anapolsky. | 6.00 | $350.00 | $ 2,100.00 |
| 09/20/2017 | Gilmour | Analysis | Updates to Engy financial performance model. | 4.50 | $350.00 | $ 1,575.00 |
| 09/21/2017 | Gilmour | Analysis | Follow up with client, and coordination of delivery of documents to S.Bellon. | 0.80 | $350.00 | $ 280.00 |

| DATE | STAFF | SERVICE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 09/22/2017 | Gilmour | Analysis | Discussions with client and J. Anapolsky re: Engy analysis. | 1.00 | $350.00 | $ 350.00 |
| 09/22/2017 | Gilmour | Analysis | Updates to Engy financial analysis. | 1.00 | $350.00 | $ 350.00 |
| 09/22/2017 | Anapolsky | Settlement | Meeting at Diamond McCarthy with S.Bellon re: loan from Dr. Lo, counterproposal, case strategy, 2004 examinations, steel at docks, and communications with lender and counsel. | 3.60 | $650.00 | $ 2,340.00 |
| 09/22/2017 | Anapolsky | Analysis | Finalize financial model with M.Gilmour and circulate to S.Bellon, K.Lo, potential investors, and management. | 1.40 | $650.00 | $ 910.00 |
| 09/22/2017 | Anapolsky | Investors | Communications with [redacted] | 0.40 | $650.00 | $ 260.00 |
| 09/22/2017 | Anapolsky | Investors | Follow-up with [redacted] after visit | 0.50 | $650.00 | $ 325.00 |
| 09/22/2017 | Anapolsky | Analysis | Communications with K.Lo and counsel re: loan | 0.60 | $650.00 | $ 390.00 |
| 09/23/2017 | Anapolsky | Settlement | Meeting with S. Bellon re settlement | 2.30 | $650.00 | $ 1,495.00 |
| 09/23/2017 | Anapolsky | Investors | Communication with [redacted] re financial model | 0.90 | $650.00 | $ 585.00 |
| 09/23/2017 | Anapolsky | Creditors | Communications with Green Bank and Green Bank counsel | 0.50 | $650.00 | $ 325.00 |
| 09/23/2017 | Anapolsky | Analysis | Review and revise financial model including sources-uses and scenarios. | 1.10 | $650.00 | $ 715.00 |
| 09/23/2017 | Anapolsky | Settlement | Draft and revise settlement agreement and communications with S. Bellon and Diamond McCarthy re: same. | 1.40 | $650.00 | $ 910.00 |
| 09/24/2017 | Gilmour | Analysis | Review of correspondence on Engy matter. | 1.50 | $350.00 | $ 525.00 |
| 09/24/2017 | Anapolsky | Settlement | Settlement negotiations -draft standstill agreement; revisions and edits to settlement agreement and standstill agreement; communications with Diamond McCarthy, Hoover Slovacek and S.Bellon re: same; communications with Green Bank re: same; updates to settlement sources-uses model and discussion with S.Bellon re: same. | 3.60 | $650.00 | $ 2,340.00 |
| 09/25/2017 | Gilmour | Analysis | Review and organization of various documents received on Engy matter. | 1.00 | $350.00 | $ 350.00 |
| 09/25/2017 | Gilmour | Analysis | Updates to Engy model. | 0.50 | $350.00 | $ 175.00 |
| 09/25/2017 | Peden | Analysis | Quality review of cash flow model. | 1.30 | $400.00 | $ 520.00 |
| 09/25/2017 | Anapolsky | Settlement | Preparation for, attendance at, and follow-up conversations re: 341 meeting. | 2.00 | $650.00 | $ 1,300.00 |
| 09/25/2017 | Anapolsky | Investors | Follow-up with [redacted]. | 0.60 | $650.00 | $ 390.00 |
| 09/25/2017 | Anapolsky | Analysis | Communications with Diamond McCarthy re: loan from Dr. Lo. | 0.40 | $650.00 | $ 260.00 |
| 09/25/2017 | Anapolsky | Settlement | Review Court denial of motion to quash. | 0.10 | $650.00 | $ 65.00 |
| 09/26/2017 | Gilmour | Analysis | Meeting with Engy management, bank and various counsel at Husch Blackwell. | 7.00 | $350.00 | $ 2,450.00 |
| 09/26/2017 | Anapolsky | Analysis | All-hands call with Green Bank; preparation for and participation in all-hands settlement discussions at Husch Blackwell. | 6.00 | $650.00 | $ 3,900.00 |
| 09/27/2017 | Gilmour | Analysis | Review of correspondence for Engy. | 0.50 | $350.00 | $ 175.00 |
| 09/27/2017 | Anapolsky | Investors | Call with [redacted] re: potential investment | 0.80 | $650.00 | $ 520.00 |
| 09/27/2017 | Anapolsky | Analysis | Calls with B.Hart re: claim reconciliation | 0.90 | $650.00 | $ 585.00 |
| 09/27/2017 | Anapolsky | Settlement | Calls with S.Bellon, E.Rothberg, K.Lee, C.Rubio re: settlement negotiations, term sheet, motion to estimate claims, Lo loan | 1.10 | $650.00 | $ 715.00 |
| 09/28/2017 | Peden | Analysis | Review of draft amounts owed document; tie out to support provided and accounting system journal entries; discussions with Brian Hart and J. Anapolsky. | 3.10 | $400.00 | $ 1,240.00 |
| 09/28/2017 | Anapolsky | Settlement | Multiple communications with attorneys meeting for settlement negotiations and review of term sheet | 1.00 | $650.00 | $ 650.00 |
| 09/28/2017 | Anapolsky | Investors | Follow-up communication with [redacted] re: Engy investment | 0.40 | $650.00 | $ 260.00 |
| 09/28/2017 | Anapolsky | Settlement | Communications with team re: information received from CFO for Orban/KOP claims | 0.30 | $650.00 | $ 195.00 |
| 09/28/2017 | Gilmour | Analysis | Various discussions with Engy, J. Anapolsky and J. Peden on supporting documents for amounts owed to KOP. | 1.00 | $350.00 | $ 350.00 |
| 09/28/2017 | Gilmour | Analysis | Analysis of supporting documents for amounts owed to KOP as provided by Engy management. | 0.50 | $350.00 | $ 175.00 |
| 09/29/2017 | Anapolsky | Settlement | Breakfast with S.Bellon re: next steps after settlement. | 1.00 | $650.00 | $ 650.00 |
| 09/29/2017 | Anapolsky | Analysis | Review and revise press release | 0.20 | $650.00 | $ 130.00 |
| 09/29/2017 | Anapolsky | Investors | Review binding term sheet | 0.20 | $650.00 | $ 130.00 |
| 09/29/2017 | Anapolsky | Investors | Communications with multiple potential investors re: settlement. | 0.30 | $650.00 | $ 195.00 |

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| THE ENGY GROUP, LLC, | § | Case No. 17-34848 |
| | § | |
| Debtor. | § | |
| | § | |

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| | § | |
| FRANCOIS STANISLAS BELLON, | § | Case No. 17-34923 |
| | § | |
| Debtor. | § | Jointly Administered Under |
| | § | Case No. 17-34848 |

**Exhibit C**

**EXPENSE SUMMARY**

| Expense Category | Service Provider | Total Expenses ($) |
|---|---|---|
| Meals | Various merchants | $129.82 |
| Mileage/Parking/Tolls | N/A | $151.94 |
| Total | | $281.76 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| THE ENGY GROUP, LLC, | § | Case No. 17-34848 |
| | § | |
| Debtor. | § | |
| | § | |

| | | |
|---|---|---|
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| FRANCOIS STANISLAS BELLON, | § | Case No. 17-34923 |
| | § | |
| Debtor. | § | Jointly Administered Under |
| | § | Case No. 17-34848 |

<u>**Exhibit D**</u>

**BIOGRAPHY**




## JEFFREY M. ANAPOLSKY, JD/MBA

MANAGING DIRECTOR

| | |
|---|---|
| Direct | 713.457.3146 |
| Mobile | 713.325.1316 |
| Email | janapolsky@bvagroup.com |

Jeff Anapolsky is a restructuring professional with nearly 20 years of achieving successful results for special situations involving bankruptcies and out-of-court workouts. As a trusted advisor, Mr. Anapolsky synthesizes multi-disciplinary solutions to resolve intractable conflicts. His background as a private equity investor, high yield credit analyst, director for troubled companies, and investment banker enables him to serve as an insightful expert on a variety of topics, such as valuation, solvency, transaction structures, and financial projections.

As co-author of *The Art of Distressed M&A: Buying, Selling and Financing Troubled and Insolvent Companies*, Mr. Anapolsky teaches Corporate Financial Restructuring at Rice University's Jones Graduate School of Business. He received his M.B.A. from Harvard Business School and J.D. from Harvard Law School. At the University of Pennsylvania, he received a B.S. in Finance and B.A. in Mathematics, *magna cum laude*, from the Wharton School of Business and the College of Arts & Sciences, respectively.

Prior to joining BVA, Mr. Anapolsky invested over $250 million in leveraged buyouts and rescue financings involving turnarounds, workouts, underperformers, and corporate carve-outs for American Capital. For T. Rowe Price, he invested over $300 million in sub-par debt, debtor-in-possession loans, credit default swaps, trade claims, and reorganized equities. As a bankruptcy attorney at Akin Gump Strauss Hauer & Feld and restructuring advisor at Wasserstein Perella (now Miller Buckfire), he advised creditors' committees, debtors and individual creditors.

Mr. Anapolsky's expertise in advanced valuation methods applies to special situations in a variety of industries, including:

### AIRLINES & AEROSPACE
**American Airlines** – DIP loan, exit financing, and reorg. equity
**Pan Am Flight Academy** – Investment in corporate carve-out
**Paradigm Precision** – Rescue financing for troubled buyout

### CHEMICALS
**Solutia** – Official Committee of Unsecured Creditors advisory
**Tronox** – Investment in distressed debt and reorganized equity

### CONSUMER/RETAIL
**Berry-Hill Galleries** – Investment in DIP loan and exit financing
**Hechinger/Builders Square** – Debtor advisory for liquidation
**Marolina Outdoor** – Lender advisory
**Pathmark** – Debtor advisory for balance sheet restructuring
**RadioShack** – Investment in credit default swaps; Ch. 11 case study
**RTIC Coolers** – Capital raising advisory amid litigation
**Tandy Brands** – Expert witness for Ch. 7 trustee

### ENERGY
**A&B Valve and Piping** – Investor advisory; Ch. 11 case study
**Forest Oil** – Bondholder litigation and sub-par debt investment
**Grant Geophysical** – Debtor advisory of out-of-court restructuring
**Sabine Oil & Gas** – Investment in 2nd lien loans; Ch. 11 case study
**Trigeant** – Rescue financing; acquirer advisory for 363 sale
**Venoco** – Investment in sub-par debt and debt exchange offer

### FOOD & BEVERAGE
**Farmland** – Official Committee of Unsecured Creditors advisory
**New England Confectionery** – Investment in operational turnaround
**Reddy Ice** – *Ad Hoc* Committee of Holdco Noteholders

### HEALTHCARE
**Humble Surgical Hospital** – Debtor advisory
**Sacred Oak Medical Center** – Investor advisory

### MANUFACTURING
**Engy Containers** – Debtor advisory
**Exide** – Official Committee of Unsecured Creditors advisory
**Kodak** – Investment in sub-par debt and DIP loan
**Palm Harbor Homes** – Ch. 11 Trustee Oversight Committee

### MEDIA
**Getty Images** – Investment in sub-par loans and bonds
**McClatchy** – Investment in sub-par loans and credit default swaps
**Spanish Broadcasting** – Investment in defaulted preferred equity
**Trader Corp.** – Investment in sub-par debt of corporate carve-out

### SERVICES
**HCI Services, LLC** – Investment in operational turnaround
**High Country Transportation** – Debtor advisory
**M&I Electric** – Debt refinancing advisory
**Merit Service Solutions** – Investment in rescue financing

### TELECOMMUNICATIONS
**Allegiance Telecom** – Post-confirmation liquidation trust advisory
**ClearWire/Sprint** – Investment in sub-par debt

### UTILITIES
**Centrais Elétricas do Pará** – *Ad Hoc* Committee of Bondholders
**Dynegy** –Litigation against Enron; investment in DIP loan
**Energy Future Holdings/TXU** – Investment in credit default swaps
**Tokyo Electric** – Investment in sub-par debt and credit default swaps



Valuation.
Disputes.
Advisory.

| 7250 Dallas Parkway | 1000 Louisiana Street | 205 East 42nd Street |
|---|---|---|
| Suite 200 | Suite 6925 | Floor 20 |
| Plano, Texas 75024 | Houston, Texas 77002 | New York, New York 10017 |
| 972.377.0300 | 713.457.3125 | 212.364.1926 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **THE ENGY GROUP, LLC,** | § | **Case No. 17-34848** |
| | § | |
| Debtor. | § | |
| | § | |

| | | |
|---|---|---|
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| **FRANCOIS STANISLAS BELLON,** | § | **Case No. 17-34923** |
| | § | |
| Debtor. | § | **Jointly Administered Under** |
| | § | **Case No. 17-34848** |

**ORDER APPROVING FIRST APPLICATION OF BVA GROUP
RESTRUCTURING AND ADVISORY LLC FOR ALLOWANCE OF
COMPENSATION FOR SERVICES RENDERED
AND FOR REIMBURSEMENT OF EXPENSES
AS FINANCIAL ADVISOR TO THE ENGY GROUP, LLC FOR
THE PERIOD FROM AUGUST 8, 2017 THROUGH SEPTEMBER 30, 2017**

Upon consideration of the application (the "Fee Application")[1] of BVA Group

Restructuring and Advisory LLC, financial advisor to The Engy Group, LLC, for allowance of

compensation and reimbursement of expenses for the period from August 8, 2017 to

September 30, 2017 (the "Application Period") pursuant to §§ 330 and 331 of the Bankruptcy

Code, Bankruptcy Rule 2016 and Local Rule 2016-1; and the Bankruptcy Court having

jurisdiction to consider matter pursuant to 28 U.S.C. § 1334; and consideration of the First Fee

Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C.

§ 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and

due and proper notice of the First Fee Application having been provided and it appearing that no

---

[1] All capitalized terms used but otherwise not defined herein shall have the same meaning assigned to them
in the First Fee Application.

other or further notice need be provided; and the Court having determined that the relief sought in the First Fee Application is in the best interests of the Debtor, their creditors, and all parties in interest; and the Court having determined that the legal and factual bases set forth in the First Fee Application establish just cause for relief granted herein; and after due deliberation of the First Fee Application, IT IS HEREBY

ORDERED that the relief requested in the First Fee Application is approved and the amount of $114,259.60 representing 270.0 hours of professional services rendered (80% of $142,824.50), $281.76 of out-of-pocket expenses, and $2,500.00 for the preparation of the First Fee Application, which aggregates to $117,041.36 during the Application Period ("Total Interim Award") are allowed on an interim basis; and it is further

ORDERED that the Trustee is authorized to pay BVA Group Restructuring and Advisory LLC the Total Interim Award Granted herein; and it is further

ORDERED that the Court shall retain jurisdiction with respect to all matters relating to the interpretation and implementation of this order.

SIGNED THIS _____ day of _____, 2017.

_____
UNITED STATES BANKRUPTCY JUDGE

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **THE ENGY GROUP, LLC,** | § | **Case No. 17-34848** |
| | § | |
| Debtor. | § | |
| | § | |
| | § | |
| In re: | § | **Chapter 11** |
| | § | |
| **FRANCOIS STANISLAS BELLON,** | § | **Case No. 17-34923** |
| | § | |
| Debtor. | § | **Jointly Administered Under** |
| | § | **Case No. 17-34848** |

**Attachment B**

**COMPENSATION ORDER**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

ENTERED
12/28/2017

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **THE ENGY GROUP, LLC,** | § | **Case No. 17-34848** |
| | § | |
| Debtor. | § | |
| | § | |

| | | |
|---|---|---|
| | § | |
| In re: | § | **Chapter 11** |
| | § | |
| **FRANCOIS STANISLAS BELLON,** | § | **Case No. 17-34923** |
| | § | |
| Debtor. | § | **Jointly Administered Under** |
| | § | **Case No. 17-34848** |

## ORDER APPROVING FIRST APPLICATION OF BVA GROUP RESTRUCTURING AND ADVISORY LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE ENGY GROUP, LLC FOR THE PERIOD FROM AUGUST 8, 2017 THROUGH SEPTEMBER 30, 2017

Upon consideration of the application (the "First Fee Application")[1] of BVA Group

Restructuring and Advisory LLC, financial advisor to The Engy Group, LLC, for allowance of

compensation and reimbursement of expenses for the period from August 8, 2017 to

September 30, 2017 (the "Application Period") pursuant to §§ 330 and 331 of the Bankruptcy

Code, Bankruptcy Rule 2016 and Local Rule 2016-1; and the Bankruptcy Court having

jurisdiction to consider matter pursuant to 28 U.S.C. § 1334; and consideration of the First Fee

Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C.

§ 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and

due and proper notice of the First Fee Application having been provided and it appearing that no

---

[1] All capitalized terms used but otherwise not defined herein shall have the same meaning assigned to them in the First Fee Application.

other or further notice need be provided; and the Court having determined that the relief sought in the First Fee Application is in the best interests of the Debtor, their creditors, and all parties in interest; and the Court having determined that the legal and factual bases set forth in the First Fee Application establish just cause for relief granted herein; and after due deliberation of the First Fee Application, IT IS HEREBY

ORDERED that the relief requested in the First Fee Application is approved and the amount of $114,259.60 representing 270.0 hours of professional services rendered (80% of $142,824.50), $281.76 of out-of-pocket expenses, and $2,500.00 for the preparation of the First Fee Application, which aggregates to $117,041.36 during the Application Period ("Total Interim Award") are allowed on an interim basis; and it is further

ORDERED that the Trustee is authorized to pay BVA Group Restructuring and Advisory LLC the Total Interim Award Granted herein; and it is further

ORDERED that the Court shall retain jurisdiction with respect to all matters relating to the interpretation and implementation of this order.

Signed:
December 28, 2017

_____
Marvin Isgur
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **THE ENGY GROUP, LLC,** | § | **Case No. 17-34848** |
| | § | |
| Debtor. | § | |
| | § | |
| | § | |
| In re: | § | **Chapter 11** |
| | § | |
| **FRANCOIS STANISLAS BELLON,** | § | **Case No. 17-34923** |
| | § | |
| Debtor. | § | **Jointly Administered Under** |
| | § | **Case No. 17-34848** |

**<u>Attachment C</u>**

**FEE ORDER**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

ENTERED
12/05/2017

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| **THE ENGY GROUP, LLC,** | § | **Case No. 17-34848** |
| | § | |
| Debtor. | § | **(Chapter 11)** |
| | § | |

| | | |
|---|---|---|
| | § | |
| In re: | § | |
| | § | |
| **FRANCOIS-STANISLAS BELLON,** | § | **Case No. 17-34923** |
| | § | |
| Debtor. | § | **(Chapter 11)** |

## ORDER ESTABLISHING PROCEDURES FOR MONTHLY COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR RETAINED PROFESSIONALS

Upon the motion (the "Motion")[1] filed by the above-referenced debtors and debtors in possession (the "Debtors") for entry of an order (this "Order") approving the monthly and interim compensation procedures, all as more fully set forth in the Motion; and the Court having jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. § 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. § 1408; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors and their estates, creditors, equity holders, and other parties in interest; and the Court having found that proper and adequate notice of the Motion and hearing thereon has been given and that no other or further notice is necessary; and the Court having found that good and sufficient cause exists for the granting of the relief requested in the Motion

---

[1]       Capitalized terms not defined herein have the meaning set forth in the Motion.

after having given due deliberation thereon and all of the proceedings had before the Court in connection with the Motion, it is:

**ORDERED** that all Professionals in these cases may seek compensation in accordance with the following procedures (the "Procedures"):

    a) No later than the 20th day of each calendar month following the month for which compensation and/or reimbursement is sought (the "Statement Due Date"), each Professional retained in these cases pursuant to sections 327 and 1103 of the Bankruptcy Code seeking the payment of fees and reimbursement of expenses may:

        i) submit an itemized monthly fee and expense statement ("Monthly Statement") in compliance with the provisions of subparagraph (b) below setting forth the fees and expenses for which payment is sought for the preceding month, with supporting detail; and

        ii) serve a copy of such Monthly Statement on counsel for the Engy Group, Kyung Lee (klee@diamondmccarthy.com); Charles Rubio (crubio@diamondmccarthy.com), counsel for Francois-Stanislas Bellon, Ed Rothberg (rothberg@hooerslovacek.com) and the United States Trustee, Christine March (christine.a.march@usdoj.gov) (collectively, the "Fee Parties").

    b) Each Monthly Statement shall include as an exhibit, time records that itemize services performed. Monthly Statements must be actually received by the Fee Parties on or before the Statement Due Date. Any Monthly Statement received after the Statement Due Date shall be deemed served on the Statement Due Date the following month.

    c) The Fee Parties shall have ten (10) days from actual receipt to review each Monthly Statement. Any objections shall be served on the Fee Parties and the affected Professional no later than ten (10) days after receipt of a Monthly Statement (the "Objection Deadline"). After such review, and except as provided in subparagraph (d) below, the Debtors shall pay in the ordinary course of business (typically, within ten (10) days from the Objection Deadline):

        i) Eighty percent (80%) of the fees requested by a Professional; and

        ii) One hundred percent (100%) of the expenses requested by a Professional.

    d) In the event that there are objections to any Monthly Statement submitted by a Professional, the objecting Fee Party shall, on or before the Objection

2

Deadline, notify the Fee Parties and the affected Professional in writing of such objection. The objection shall specify in detail the nature and basis of the objection. Pending resolution of such objection, the Debtor shall promptly pay to the Professional, as to fees, the amount requested in the particular Monthly Statement less the greater of (i) the amount in dispute or (ii) the twenty percent holdback provided in subparagraph (c)(i) above and, as to expenses, the amount requested less the amount in dispute. The Professional and the objecting Fee Party shall endeavor to amicably resolve any objection within five (5) days after the Objection Deadline. If a resolution cannot be reached in that period, the Professional may request that the Court resolve the dispute. The failure of any Fee Party (or other interested party with standing to object) to object to the payment of any Monthly Statement within the ten (10) day period set forth above shall not be deemed to constitute a waiver of that party's right to object to any interim or final fee application filed by any Professional or preclude any disgorgement of any fees paid.

e) No Professional shall be entitled to any hold back unless and until either (i) the Bankruptcy Court has entered an order approving such Professional's fees and expenses on an interim or final basis or (ii) the bankruptcy case that such Professional was retained in is dismissed. No Professional is required to file interim fee applications under 11 U.S.C. 331.

**IT IS FURTHER ORDERED** that the Professionals shall serve the Monthly Statements by e-mail on the Fee Parties.

**IT IS FURTHER ORDERED** that all time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

**IT IS FURTHER ORDERED** that the contents of the Motion satisfy the requirements of Bankruptcy Rule 6003(b).

**IT IS FURTHER ORDERED** that notice of the Motion satisfies the requirements of Bankruptcy Rule 6004(a).

**IT IS FURTHER ORDERED** that notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

**IT IS FURTHER ORDERED** that the Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

3

**IT IS FURTHER ORDERED** that this Court retains jurisdiction to hear and determine all disputes arising from or related to the implementation, interpretation, or enforcement of this Order.

Signed:

December 05, 2017

_____
Marvin Isgur
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **THE ENGY GROUP, LLC,** | § | **Case No. 17-34848** |
| | § | |
| Debtor. | § | |
| | § | |

| | | |
|---|---|---|
| | § | |
| In re: | § | **Chapter 11** |
| | § | |
| **FRANCOIS STANISLAS BELLON,** | § | **Case No. 17-34923** |
| | § | |
| Debtor. | § | **Jointly Administered Under** |
| | § | **Case No. 17-34848** |

**Attachment D**

**OCT/NOV STATEMENT (AND SERVICE THEREOF)**

**Stephen Jaquess**

| | |
|---|---|
| **From:** | Jeff Balcombe |
| **Sent:** | Wednesday, December 20, 2017 12:29 PM |
| **To:** | Lee, Kyung S.; Rubio, Charles; rothberg@hooerslovacek.com; christine.a.march@usdoj.gov |
| **Cc:** | bhart@engygrp.com |
| **Subject:** | Engy - BVAR Monthly Statement (November) |
| **Attachments:** | BVAR Invoice (Oct and Nov 2017).pdf |

Engy Fee Parties:

Pursuant to the Monthly Compensation Procedures Order, please find attached BVA Restructuring's November monthly fee statement.

Sincerely,
**JEFF BALCOMBE**
CPA*/ABV/CFF/CGMA, CFA, ASA
President and Chief Executive Officer

972 377 2988 direct
972 377 0300 main
972 342 2964 mobile

BIO | VCARD | LINKEDIN | **bvagroup.com**



*Although BVA employs CPAs, it is not a CPA firm.



| | 7250 Dallas Parkway | 1000 Louisiana Street | 205 East 42nd Street |
|---|---|---|---|
| | Suite 200 | Suite 6925 | Floor 20 |
| | Plano, Texas 75024 | Houston, Texas 77002 | New York, New York 10017 |
| | 972.377.0300 | 713.457.3125 | 212.364.1926 |

12/13/2017

*Engy Group LLC*
*2425 Mowery Rd.*
*Houston, TX 77045*

*Attn: Brian Hart*

*RE:*   Financial Advisory Services for The Engy Group, LLC

_____

INVOICE
 Tax ID: 81-5375587 

*Invoice No. 13821-A*

---

| | |
|---|---:|
| Total for Services | $112,275.00 |
| Total for Expenses | 451.46 |
| Plus: Total remaining balance for Services previously requested | 28,564.90 |
| Less: partial retainer previously received | (10,000.00) |
| Less: credit for previously requested fee application fees | (2,500.00) |
| **Total Due Currently** | **$   128,791.36** |

*Pursuant to the project engagement letter, any retainer balance will be applied against the final invoice.*

## PLEASE PUT THIS ON YOUR PAYMENT:   13821-A

| <u>WIRING INSTRUCTIONS</u> | <u>ACH ROUTING INSTRUCTIONS</u> | <u>U.S. MAIL</u> |
|---|---|---|
| Pay to the order of: | Pay to the order of: | Pay to the order of: |
| BVA Group | BVA Group | BVA Group |
| Restructuring and | Restructuring and | Restructuring and |
| Advisory LLC | Advisory LLC | Advisory LLC |
| Bank Name: Frost Bank | Bank Name: Frost Bank | Attn: BVA Accounting |
| ABA # 114000093 | ABA # 114000093 | 7250 Dallas Parkway #200 |
| Acct. # 609249761 | Acct. # 609249761 | Plano, TX 75024 |
| Swift # FRSTUS44 | | |

Thank You

| DATE | STAFF | SERVICE | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-------|---------|-------------|-------|------|--------|
| 10/02/2017 | Anapolsky | Investors | Communications with multiple potential investors. | 1.50 | $650.00 | $975.00 |
| 10/03/2017 | Anapolsky | Investors | Preparation for, participation in, and follow-up for meeting with Rock Hill Capital. | 1.00 | $650.00 | $650.00 |
| 10/03/2017 | Anapolsky | Investors | Communications with multiple potential investors; answer questions about materials; plan site visits. | 1.20 | $650.00 | $780.00 |
| 10/03/2017 | Gilmour | Investors | Various correspondence with Engy regarding NDAs with prospective investors, and correspondence with prospective investors. | 1.00 | $350.00 | $350.00 |
| 10/04/2017 | Gilmour | Investors | Correspondence with Engy management and prospective investors. | 0.30 | $350.00 | $105.00 |
| 10/04/2017 | Anapolsky | Investors | Preparation for, participation in, follow-up after plant tour with Hastings Equity and Mercantil Bank, and discussions with M. Gilmour. | 2.30 | $650.00 | $1,495.00 |
| 10/05/2017 | Rios | Analysis | Technical review. | 0.90 | $450.00 | $405.00 |
| 10/05/2017 | Gilmour | Analysis | Discussions with J. Anapolsky regarding Engy analysis. | 1.50 | $350.00 | $525.00 |
| 10/05/2017 | Gilmour | Investors | Updates to Engy analysis, correspondence with investors, writeup for Engy Belvoir Healthcare, and organization of NDAs. | 5.00 | $350.00 | $1,750.00 |
| 10/05/2017 | Anapolsky | Investors | Plant tour with potential investor; follow-up discussions with P. Lopez and S. Bellon re sales ramp, capex breakdown, upcoming industry conference, steel inventory, and potential investor structures. | 1.40 | $650.00 | $910.00 |
| 10/05/2017 | Anapolsky | Investors | Communications with multiple potential investors; fill out investor application, and discussions with M. Gilmour. | 1.30 | $650.00 | $845.00 |
| 10/06/2017 | Rios | Analysis | Review analysis, internal discussions with Engy team. | 1.50 | $450.00 | $675.00 |
| 10/06/2017 | Gilmour | Investors | Discussions with potential investors regarding Engy. | 2.00 | $350.00 | $700.00 |
| 10/06/2017 | Gilmour | Analysis | Updates to Engy model. | 0.50 | $350.00 | $175.00 |
| 10/06/2017 | Anapolsky | Investors | Breakfast with WoodForest Bank (S. Shah). | 0.50 | $650.00 | $325.00 |
| 10/06/2017 | Anapolsky | Settlement | Review, edit, and discuss motion/order/exhibits to approve settlement. | 2.70 | $650.00 | $1,755.00 |
| 10/06/2017 | Anapolsky | Investors | Communications with S. Bellon and Dr.Lo re: status of potential investors; follow-up communications with multiple potential investors. | 0.90 | $650.00 | $585.00 |
| 10/09/2017 | Anapolsky | Investors | Correspondence with Engy management and prospective investors. | 1.00 | $350.00 | $350.00 |
| 10/09/2017 | Anapolsky | Creditors | Call with J. Herbert re: additional potential lenders and follow-up communications re: same. | 0.50 | $650.00 | $325.00 |
| 10/09/2017 | Anapolsky | Analysis | Communications with Occidental Petroleum re: steel drum sourcing. | 0.10 | $650.00 | $65.00 |
| 10/09/2017 | Anapolsky | Investors | Continued communications with multiple potential investors. | 0.30 | $650.00 | $195.00 |
| 10/09/2017 | Anapolsky | Analysis | Review sales projections from P. McKelvy. | 0.10 | $650.00 | $65.00 |
| 10/09/2017 | Anapolsky | Settlement | Further edits/review and discussions re: 9019 motion/order/exhibits. | 1.90 | $650.00 | $1,235.00 |
| 10/10/2017 | Anapolsky | Settlement | Finalize 9019 Motion/Order/exhibits with all parties. | 2.20 | $650.00 | $1,430.00 |
| 10/10/2017 | Anapolsky | Investors | Connect with potential investors; call with S. Bellon re: potential investors and end of month payment due to Green Bank. | 0.40 | $650.00 | $260.00 |
| 10/10/2017 | Anapolsky | Analysis | Call with B. Hart re: balance sheet. | 0.20 | $650.00 | $130.00 |
| 10/11/2017 | Gilmour | Analysis | Discussions with J. Anapolsky and J. Peden on Engy. | 1.00 | $350.00 | $350.00 |
| 10/11/2017 | Gilmour | Investors | Preparation of new investor presentation for Engy. | 6.00 | $350.00 | $2,100.00 |
| 10/11/2017 | Anapolsky | Creditors | Communications with potential lenders. | 0.60 | $650.00 | $390.00 |
| 10/11/2017 | Anapolsky | Creditors | Communications with J. Herbert re: potential investors, 10/31 payment to Green Bank, and deal structure. | 0.50 | $650.00 | $325.00 |
| 10/11/2017 | Anapolsky | Analysis | Call with B. Hart regarding balance sheet adjustments for Third Coast; call with Third Coast and follow-up communications to multiple parties. | 1.40 | $650.00 | $910.00 |
| 10/11/2017 | Anapolsky | Investors | Meeting with M. Gilmour and J. Peden re: second investor presentation; meeting with S. Bellon re: content for second investor presentation. | 1.30 | $650.00 | $845.00 |
| 10/11/2017 | Peden | Analysis | Update meeting with J. Anapolsky and M. Gilmour. | 0.90 | $400.00 | $360.00 |
| 10/12/2017 | Peden | Investors | Review and edit investor presentation. Pull financial data. | 1.10 | $400.00 | $440.00 |
| 10/12/2017 | Gilmour | Investors | Updates to Engy investor presentation. | 0.50 | $350.00 | $175.00 |
| 10/12/2017 | Anapolsky | Investors | Follow-up communications with multiple potential lenders; communications with S. Bellon re: same. | 0.90 | $650.00 | $585.00 |
| 10/12/2017 | Anapolsky | Settlement | Communications with B. Hart re: pro forma 7/31 balance sheet to incorporate global settlement;  communications with Diamond McCarthy re: 9019 hearing and testimony. | 0.80 | $650.00 | $520.00 |
| 10/12/2017 | Anapolsky | Investors | Initial review of second investor presentation. | 0.20 | $650.00 | $130.00 |
| 10/13/2017 | Gilmour | Investors | Call with Rock Hill Capital, call with Iberia Bank. | 0.60 | $350.00 | $210.00 |
| 10/13/2017 | Gilmour | Analysis | Discussions with J. Anapolsky on Engy model. | 0.40 | $350.00 | $140.00 |
| 10/13/2017 | Gilmour | Investors | Updates to Engy interested investors spreadsheet and NDAs. | 0.50 | $350.00 | $175.00 |
| 10/13/2017 | Anapolsky | Creditors | Draft email for S. Bellon regarding October payment due to Green Bank and communications with S. Bellon regarding same. | 3.60 | $650.00 | $2,340.00 |
| 10/13/2017 | Anapolsky | Investors | Multiple follow up communications with several potential investors and communications with S. Bellon and K. Lo regarding same and update investor list, and discussions with M. Gilmour. | 0.70 | $650.00 | $455.00 |
| 10/16/2017 | Gilmour | Investors | Discussions with J. Anapolsky, and correspondence with potential investors. | 2.50 | $350.00 | $875.00 |
| 10/16/2017 | Gilmour | Investors | Updates to Engy supplemental investor presentation. | 2.00 | $350.00 | $700.00 |
| 10/16/2017 | Anapolsky | Investors | Communications with multiple investors. | 0.80 | $650.00 | $520.00 |
| 10/16/2017 | Anapolsky | Investors | Review and edit supplemental investor presentation, and discussions with M. Gilmour. | 0.40 | $650.00 | $260.00 |
| 10/16/2017 | Anapolsky | Investors | Call with Druid Capital and management. | 1.10 | $650.00 | $715.00 |
| 10/17/2017 | Gilmour | Investors | Discussions with J. Anapolsky, discussions with Engy management, and correspondence with potential investors. | 4.00 | $350.00 | $1,400.00 |
| 10/17/2017 | Gilmour | Investors | Updates to Engy supplemental investor presentation. | 4.00 | $350.00 | $1,400.00 |
| 10/17/2017 | Anapolsky | Investors | Edit and add to supplemental investor presentation; reconcile sales projections to financial model. | 1.60 | $650.00 | $1,040.00 |
| 10/17/2017 | Anapolsky | Investors | Call with Metropolitan Equity regarding investment; call with Marquette regarding investment; follow-up with other potential investors, and discussions with M. Gilmour. | 2.10 | $650.00 | $1,365.00 |
| 10/18/2017 | Gilmour | Investors | Correspondence with potential investors, and discussions with J. Anapolsky on updates to supplemental investor presentation. | 2.50 | $350.00 | $875.00 |
| 10/18/2017 | Gilmour | Investors | Updates to supplemental investor presentation and free cash flow model. | 3.00 | $350.00 | $1,050.00 |
| 10/18/2017 | Anapolsky | Investors | Finalize sales forecast and presentation with P. McKelvy and M. Gilmour. | 1.20 | $650.00 | $780.00 |
| 10/18/2017 | Anapolsky | Settlement | Communications with S. Bellon regarding personal guarantees, investor negotiations, financial disclosures; communications with potential investors. | 1.40 | $650.00 | $910.00 |

| DATE | STAFF | SERVICE | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-------|---------|-------------|-------|------|--------|
| 10/19/2017 | Gilmour | Investors | Updates to supplemental investor presentation and free cash flow model. | 2.00 | $350.00 | $700.00 |
| 10/19/2017 | Gilmour | Investors | Discussions with J. Anapolsky, and correspondence with potential investors. | 4.00 | $350.00 | $1,400.00 |
| 10/19/2017 | Anapolsky | Investors | Finish and distribute updated model and supplemental investor presentation, and discussions with M. Gilmour. | 1.60 | $650.00 | $1,040.00 |
| 10/19/2017 | Anapolsky | Investors | Communications with potential investors (Druid, Metropolitan, Mercantil); communications with Dr. Lo regarding Mowery Plant. | 1.10 | $650.00 | $715.00 |
| 10/20/2017 | Gilmour | Investors | Discussions with J. Anapolsky and prospective investors. | 4.00 | $350.00 | $1,400.00 |
| 10/20/2017 | Anapolsky | Investors | Communications with potential investors, and discussions with M. Gilmour. | 1.80 | $650.00 | $1,170.00 |
| 10/22/2017 | Gilmour | Investors | Correspondence with potential investors. | 0.50 | $350.00 | $175.00 |
| 10/23/2017 | Gilmour | Investors | Correspondence with potential investors. | 1.00 | $350.00 | $350.00 |
| 10/24/2017 | Gilmour | Investors | Correspondence with potential investors. | 2.00 | $350.00 | $700.00 |
| 10/24/2017 | Anapolsky | Investors | Multiple communications with S. Bellon re: investor term sheets and upcoming meetings; communications with Rock Hill Capital, BBVA Compass, Big Shoulders Capital re: investment in Engy. | 3.10 | $650.00 | $2,015.00 |
| 10/25/2017 | Gilmour | Investors | Correspondence with potential investors. | 2.00 | $350.00 | $700.00 |
| 10/25/2017 | Anapolsky | Settlement | Conference call with multiple attorneys and Dr. Lo re: 9019 hearing preparation. | 1.10 | $650.00 | $715.00 |
| 10/25/2017 | Anapolsky | Investors | Communications with S. Bellon re: investor term sheets and upcoming meetings. | 0.30 | $650.00 | $195.00 |
| 10/26/2017 | Anapolsky | Settlement | Preparation at Diamond McCarthy re: 9019 settlement hearing. | 2.50 | $650.00 | $1,625.00 |
| 10/26/2017 | Anapolsky | Investors | Communications with multiple potential investors and scheduling investor meetings. | 0.90 | $650.00 | $585.00 |
| 10/26/2017 | Anapolsky | Settlement | Update and create exhibits for 9019 settlement hearing. | 0.90 | $650.00 | $585.00 |
| 10/26/2017 | Gilmour | Investors | Correspondence with potential investors. | 2.00 | $350.00 | $700.00 |
| 10/27/2017 | Gilmour | Investors | Meeting with Metropolitan and J. Anapolsky, client tour of Mowery Plant, and discussions with potential investors. | 3.30 | $350.00 | $1,155.00 |
| 10/27/2017 | Gilmour | 9019 hearing | Preparation for 9019 hearing. | 1.10 | $350.00 | $385.00 |
| 10/27/2017 | Gilmour | 9019 hearing | Participation in 9019 hearing. | 1.60 | $350.00 | $560.00 |
| 10/27/2017 | Anapolsky | Investors | Breakfast with potential investors and S. Bellon. | 1.20 | $650.00 | $780.00 |
| 10/27/2017 | Anapolsky | Investors | Follow-up communications with multiple potential investors to report 9019 order entry, plan site visits, and discuss next steps; communication with equipment appraiser. | 1.70 | $650.00 | $1,105.00 |
| 10/27/2017 | Anapolsky | 9019 hearing | Preparation for 9019 hearing. | 1.10 | $650.00 | $715.00 |
| 10/27/2017 | Anapolsky | 9019 hearing | Participation in 9019 hearing. | 1.60 | $650.00 | $1,040.00 |
| 10/30/2017 | Gilmour | Investors | Discussions with J. Anapolsky and potential investors. | 1.00 | $350.00 | $350.00 |
| 10/30/2017 | Anapolsky | Creditors | Preparation for and participation in second 341 meeting of creditors. | 2.40 | $650.00 | $1,560.00 |
| 10/30/2017 | Anapolsky | Investors | Calls with potential investors (Diamond Creek/Arena and Metropolitan), and discussions with M. Gilmour. | 0.40 | $650.00 | $260.00 |
| 10/31/2017 | Anapolsky | Analysis | Lunch with S. Bellon and K. Munz, and discussions with M. Gilmour. | 1.60 | $650.00 | $1,040.00 |
| 10/31/2017 | Gilmour | Investors | Discussions with potential investors, J. Anapolsky and J. Ray. | 2.00 | $350.00 | $700.00 |
| 11/01/2017 | Gilmour | Investors | Correspondence with potential investors. | 1.00 | $350.00 | $350.00 |
| 11/01/2017 | Anapolsky | Investors | Meeting at plant with L2 Capital, management, owner. | 2.40 | $650.00 | $1,560.00 |
| 11/01/2017 | Anapolsky | Analysis | Meeting with CFO re: borrowing base, 9019 milestones, and liquidity. | 0.20 | $650.00 | $130.00 |
| 11/01/2017 | Peden | Analysis | Comparable transaction market research. | 0.70 | $400.00 | $280.00 |
| 11/02/2017 | Gilmour | Investors | Discussions with potential investors regarding Engy. | 1.00 | $350.00 | $350.00 |
| 11/03/2017 | Gilmour | Investors | Discussions with potential investors. | 1.50 | $350.00 | $525.00 |
| 11/04/2017 | Gilmour | Analysis | Call with Dr. Lo and counsel to discuss Engy. | 1.30 | $350.00 | $455.00 |
| 11/06/2017 | Gilmour | Analysis | Discussions with J. Anapolsky regarding Engy. | 1.50 | $350.00 | $525.00 |
| 11/06/2017 | Anapolsky | Investors | Review and discuss Metropolitan term sheet. | 0.60 | $650.00 | $390.00 |
| 11/06/2017 | Anapolsky | Investors | Call with Sacred Oak, revise presentation, and discuss Sacred Oak refinancing with multiple potential investors; multiple communications with S. Bellon. | 4.30 | $650.00 | $2,795.00 |
| 11/06/2017 | Anapolsky | Investors | Call with Druid Capital; call with L2 Capital; update and revise sources-uses and fundraising model. | 0.30 | $650.00 | $195.00 |
| 11/06/2017 | Anapolsky | Settlement | Confirmatory review of credit agreement and settlement agreement. | 0.30 | $650.00 | $195.00 |
| 11/07/2017 | Gilmour | Investors | Discussions with J. Anapolsky and potential investors regarding Engy. | 1.50 | $350.00 | $525.00 |
| 11/07/2017 | Gilmour | Investors | Updates to Engy presentation and model for investor. | 2.00 | $350.00 | $700.00 |
| 11/07/2017 | Anapolsky | Investors | Review and edit Metropolitan term sheet; multiple communications with Metropolitan and S. Bellon. | 2.20 | $650.00 | $1,430.00 |
| 11/07/2017 | Anapolsky | Investors | Call with Diamond Creek/Arena re: Sacred Oak refi; preparation for meetings with potential equity investors including drafting new slides and revising calculations, and discussions with M. Gilmour. | 3.50 | $650.00 | $2,275.00 |
| 11/08/2017 | Dyke | Analysis | Assist with documents. | 0.00 | $0.00 | $0.00 |
| 11/08/2017 | Gilmour | Investors | Investor meeting with Matt Miller, meeting with Stash Bellon, correspondence with potential investors, and discussions with J. Anapolsky. | 3.50 | $350.00 | $1,225.00 |
| 11/08/2017 | Gilmour | Investors | Updates to Engy free cash flow model, investor presentation, and equity chart. | 1.00 | $350.00 | $350.00 |
| 11/08/2017 | Anapolsky | Investors | Preparation for and participation in meeting with potential Engy Containers investor (M. Miller). | 1.40 | $650.00 | $910.00 |
| 11/08/2017 | Anapolsky | Investors | Finalize Metropolitan term sheet with P. Lisiak, S. Bellon, M. Gilmour. | 1.20 | $650.00 | $780.00 |
| 11/08/2017 | Anapolsky | Settlement | Review communications from J. Brooker, et al re: pledge and security agreement for settlement agreement. | 0.10 | $650.00 | $65.00 |
| 11/09/2017 | Peden | Analysis | Discussions regarding structure. | 0.50 | $400.00 | $200.00 |
| 11/09/2017 | Anapolsky | Settlement | Communications with Diamond McCarthy re: DIP loan, professional compensation procedures, fee applications, Engy org chart. | 1.10 | $650.00 | $715.00 |
| 11/09/2017 | Anapolsky | Investors | Conversation with potential investor (Diamond Creek/Arena) re: Sacred Oak recap; discussion with M. Gilmour re: revision to Sacred Oak investor presentation. | 0.60 | $650.00 | $390.00 |
| 11/09/2017 | Anapolsky | Analysis | Review Sacred Oak Medical Center documents received; communications with K. Lo and K. Munz re: additional Sacred Oak diligence, and discussions with M. Gilmour. | 0.20 | $650.00 | $130.00 |
| 11/09/2017 | Anapolsky | Investors | Meeting with S. Bellon and K. Lo re: Metropolitan term sheet, Sacred Oak, Green Bank, and settlement agreement implementation. | 1.50 | $650.00 | $975.00 |
| 11/09/2017 | Anapolsky | Investors | Visit to Sacred Oak Medical Center; preparation for meeting with potential Engy Container investor (M. Steele); follow-up with other potential Engy Container investors (East-West, Mercantil). | 2.40 | $650.00 | $1,560.00 |
| 11/09/2017 | Gilmour | Investors | Updates to Sacred Oak investor presentation. | 0.50 | $350.00 | $175.00 |

| DATE | STAFF | SERVICE | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|-------|---------|-------------|-------|------|--------|
| 11/09/2017 | Gilmour | Analysis | Discussions with client, Sacred Oak management, J. Anapolsky, and investors regarding Engy. | 3.00 | $350.00 | $1,050.00 |
| 11/13/2017 | Anapolsky | Settlement | Meeting with Diamond McCarthy (K.Lee and C.Rubio) re: Metropolitan financing, 9019 settlement, Sacred Oak Medical Center, Dr. Lo. | 1.30 | $650.00 | $845.00 |
| 11/13/2017 | Anapolsky | Investors | Meeting with Diamond McCarthy (C.Rubio) and Metropolitan's counsel (Holland & Knight) re: Green Bank, diligence and closing, and discussions with M. Gilmour. | 0.30 | $650.00 | $195.00 |
| 11/13/2017 | Anapolsky | Analysis | Review Sacred Oaks Medical Center documents received. | 0.30 | $650.00 | $195.00 |
| 11/13/2017 | Dyke | Analysis | Assist with documents. | 0.00 | $0.00 | $0.00 |
| 11/13/2017 | Gilmour | Investors | Call with Holland & Knight to discuss 9019 motion, and discussions with J. Anapolsky regarding Engy. | 2.00 | $350.00 | $700.00 |
| 11/13/2017 | Gilmour | Investors | Updates to Sacred Oak investor presentation. | 0.20 | $350.00 | $70.00 |
| 11/14/2017 | Gilmour | Investors | Discussions with potential investors, Metropolitan, and Engy management regarding Engy. | 2.00 | $350.00 | $700.00 |
| 11/15/2017 | Gilmour | Investors | Discussions with potential investors and Engy management. | 1.80 | $350.00 | $630.00 |
| 11/15/2017 | Gilmour | Investors | Preparation of responses to Metropolitan due diligence questions. | 1.30 | $350.00 | $455.00 |
| 11/15/2017 | Anapolsky | Investors | Meeting with Holland & Knight (Metropolitan's counsel) re: documentation and diligence for Green Bank refinancing. Communications with Green Bank re: same. | 1.00 | $650.00 | $650.00 |
| 11/16/2017 | Gilmour | Investors | Discussions with potential investors, discussions with J. Anapolsky regarding meeting with counsel, and discussions with Engy management and J. Anapolsky regarding SWCP free cash flow model. | 2.60 | $350.00 | $910.00 |
| 11/16/2017 | Gilmour | Investors | Updates to Sacred Oak presentation, responses to Metropolitan due diligence questions, and updates to SWCP free cash flow model. | 1.60 | $350.00 | $560.00 |
| 11/16/2017 | Peden | Analysis | Research on Sacred Oak Medical Center industry and structure. | 1.00 | $400.00 | $400.00 |
| 11/17/2017 | Anapolsky | Settlement | Communications with S.Bellon, K.Lo, and J.Brookner re: settlement proposal. | 0.50 | $650.00 | $325.00 |
| 11/20/2017 | Gilmour | Analysis | Discussions with B. Hart at Engy regarding updates to free cash flow model based on Metropolitan's comments, and discussions with J. Anapolsky regarding SWCP and Sacred Oak. | 1.80 | $350.00 | $630.00 |
| 11/20/2017 | Gilmour | Fee application preparation | Initial preparation of Engy first fee application. | 4.10 | $350.00 | $1,435.00 |
| 11/20/2017 | Gilmour | Analysis | Updates to Engy free cash flow model based on discussions with B. Hart at Engy. | 0.30 | $350.00 | $105.00 |
| 11/20/2017 | Anapolsky | Settlement | Continued discussions with J. Brookner, S. Bellon and K. Lo re: revised settlement terms. | 4.10 | $650.00 | $2,665.00 |
| 11/20/2017 | Anapolsky | Analysis | Additional research re: Sacred Oak documents received. | 0.70 | $650.00 | $455.00 |
| 11/21/2017 | Gilmour | Analysis | Updates to Engy free cash flow model. | 0.20 | $350.00 | $70.00 |
| 11/21/2017 | Gilmour | Fee application preparation | Updates to Engy fee application. | 4.40 | $350.00 | $1,540.00 |
| 11/21/2017 | Anapolsky | Investors | Review, revision of financial projection model in response to Metropolitan requests, and discussions with M. Gilmour. | 1.80 | $650.00 | $1,170.00 |
| 11/21/2017 | Anapolsky | Analysis | Communications with K. Munz re: Sacred Oak missed payment and document requests. | 0.10 | $650.00 | $65.00 |
| 11/21/2017 | Anapolsky | Analysis | Communications with K. Lo, K. Lee, J. Brookner and S. Bellon re: settlement proposal. | 0.20 | $650.00 | $130.00 |
| 11/22/2017 | Gilmour | Investors | Call with M. Londono of Mercantil to discuss questions on Southwest Container Products. | 0.30 | $350.00 | $105.00 |
| 11/22/2017 | Gilmour | Analysis | Discussions with B. Hart and S. Bellon regarding Southwest Container Products free cash flow model. | 0.30 | $350.00 | $105.00 |
| 11/22/2017 | Gilmour | Fee application preparation | Discussions with J. Anapolsky regarding Engy Group fee application. | 0.60 | $350.00 | $210.00 |
| 11/22/2017 | Gilmour | Analysis | Updates to Engy free cash flow model. | 0.20 | $350.00 | $70.00 |
| 11/22/2017 | Anapolsky | Investors | Finish model update for Metropolitan.  Multiple conversations with CFO and M. Gilmour re: same. | 1.50 | $650.00 | $975.00 |
| 11/27/2017 | Gilmour | Investors | Updates to Engy investor presentation. | 1.10 | $350.00 | $385.00 |
| 11/27/2017 | Gilmour | Fee application preparation | Updates to Engy fee application and discussions with J. Anapolsky re: same. | 0.70 | $350.00 | $245.00 |
| 11/27/2017 | Anapolsky | Settlement | Communications with J. Brookner, S. Bellon, K. Lee, B. Hart, Metropolitan, Hastings, and other potential investors re: Dec. 15 deadline planning and contingency planning. | 2.00 | $650.00 | $1,300.00 |
| 11/28/2017 | Anapolsky | Investors | Communications with potential equity investors (Hastings, Rock Hill, CR3, others); create related analysis for selling majority control; communications with Metropolitan and S. Bellon re: revised debt terms. | 1.80 | $650.00 | $1,170.00 |
| 11/29/2017 | Anapolsky | Analysis | Preparation for and participation in meeting with S. Bellon, K. Lo, M. Miller and management. | 2.50 | $650.00 | $1,625.00 |
| 11/27/2017 | Gilmour | Investors | Discussions with J. Anapolsky, J. Peden and S. Bellon regarding proposed deal with Metropolitan, phase II capital expenditures, relationship with existing investors. | 2.90 | $350.00 | $1,015.00 |
| 11/27/2017 | Gilmour | Investors | Discussions with potential investors including Hastings Equity Partners regarding new equity transaction for Engy. | 0.40 | $350.00 | $140.00 |
| 11/27/2017 | Gilmour | Fee application preparation | Updates to Engy fee application and discussions with J. Anapolsky re: same. | 1.10 | $350.00 | $385.00 |
| 11/27/2017 | Gilmour | Investors | Updates to Engy investor presentation; email to S. Bellon. | 1.10 | $350.00 | $385.00 |
| 11/28/2017 | Gilmour | Analysis | Preparation and organization of time entries for October and November time for Engy team. | 2.30 | $350.00 | $805.00 |
| 11/28/2017 | Gilmour | Investors | Updates to contact information for potential investors in Engy. | 0.60 | $350.00 | $210.00 |
| 11/28/2017 | Gilmour | Investors | Discussions with J. Anapolsky regarding Metropolitan term sheet and other potential refinancing scenarios for Engy. | 0.80 | $350.00 | $280.00 |
| 11/29/2017 | Gilmour | Fee application preparation | Updates to Engy first fee application. | 2.10 | $350.00 | $735.00 |
| 11/29/2017 | Gilmour | Investors | Meeting with M. Miller to discuss potential investment in Engy. | 0.70 | $350.00 | $245.00 |
| 11/29/2017 | Gilmour | Analysis | Meeting with Engy management to discuss free cash flow model. | 1.80 | $350.00 | $630.00 |
| 11/29/2017 | Gilmour | Analysis | Discussions with J. Anapolsky regarding case. | 1.60 | $350.00 | $560.00 |
| 11/30/2017 | Gilmour | Investors | Updates to Engy investor presentation based on correspondence with S. Bellon. | 0.40 | $350.00 | $140.00 |
| 11/30/2017 | Gilmour | Fee application preparation | Updates to fee application; preparation of fee order; correspondence with counsel. | 1.80 | $350.00 | $630.00 |

## Stephen Jaquess

| | |
|---|---|
| **From:** | Jeff Balcombe |
| **Sent:** | Wednesday, December 20, 2017 1:40 PM |
| **To:** | Ed Rothberg |
| **Cc:** | Lee, Kyung S.; Rubio, Charles; christine.a.march@usdoj.gov |
| **Subject:** | RE: Engy - BVAR Monthly Statement (November) |
| **Attachments:** | Engy monthly compensation procedures order.pdf |

Hello Ed:

To answer your question below:  I sent you the BVAR fee statement as I understood that to be the requirement under the Monthly Compensation Procedures Order in the Engy matter, and it lists you as one of the "Fee Parties," as follows:

"ORDERED that all Professionals in these cases may seek compensation in accordance with the following procedures (the "Procedures"):
    a.  No later than the 20th day of each calendar month following the month for which compensation and/or reimbursement is sought (the "Statement Due Date"), each Professional retained in these cases pursuant to sections 327 and 1103 of the Bankruptcy Code seeking the payment of fees and reimbursement of expenses may:
        i)     submit an itemized monthly fee and expense statement ("Monthly Statement") in compliance with the provisions of subparagraph (b) below setting forth the fees and expenses for which payment is sought for the preceding month, with supporting detail; and
        ii)    serve a copy of such Monthly Statement on counsel for the Engy Group, Kyung Lee (klee@diamondmccarthy.com); Charles Rubio (crubio@diamondmccarthy.com), counsel for Francois-Stanislas Bellon, Ed Rothberg (rothberg@hooerslovacek.com) and the United States Trustee, Christine March (christine.a.march@usdoj.gov) (collectively, the "Fee Parties")."

The Order is attached for reference.

You may note your email address is missing the "v" in the order (as excerpted above), hence it took me two tries to get the email to you as it bounced the first time when I copied and pasted from the Order.  I'm cc:ing the other Fee Parties so we have everyone on a single thread.

If you have any other questions, let me know.

Respectfully,
**JEFF BALCOMBE**
CPA*/ABV/CFF/CGMA, CFA, ASA
President and Chief Executive Officer

972 377 2988 direct
972 377 0300 main
972 342 2964 mobile

BIO  |  VCARD  |  LINKEDIN  |  **bvagroup.com**



*Although BVA employs CPAs, it is not a CPA firm.

**From:** Ed Rothberg [mailto:rothberg@hooverslovacek.com]
**Sent:** Wednesday, December 20, 2017 12:59 PM
**To:** Jeff Balcombe <jbalcombe@bvagroup.com>
**Subject:** RE: Engy - BVAR Monthly Statement (November)

I am not sure why you are sending this invoice to me.  I do not represent the Engy Group.  Engy Group is represented by Kyung Lee.

Ed

---

**From:** Jeff Balcombe [mailto:jbalcombe@bvagroup.com]
**Sent:** Wednesday, December 20, 2017 12:35 PM
**To:** Ed Rothberg <rothberg@hooverslovacek.com>
**Subject:** FW: Engy - BVAR Monthly Statement (November)

Mr. Rothberg,

Sorry, I am resending to the correct email address for you.  Please see below and attached.

**JEFF BALCOMBE**
CPA*/ABV/CFF/CGMA, CFA, ASA
President and Chief Executive Officer

972 377 2988 direct
972 377 0300 main
972 342 2964 mobile

BIO  |  VCARD  |  LINKEDIN  |  **bvagroup.com**



*Although BVA employs CPAs, it is not a CPA firm.

---

**From:** Jeff Balcombe
**Sent:** Wednesday, December 20, 2017 12:29 PM
**To:** Lee, Kyung S. <KLee@diamondmccarthy.com>; Rubio, Charles <CRubio@diamondmccarthy.com>; rothberg@hooerslovacek.com; christine.a.march@usdoj.gov
**Cc:** bhart@engygrp.com
**Subject:** Engy - BVAR Monthly Statement (November)

Engy Fee Parties:

Pursuant to the Monthly Compensation Procedures Order, please find attached BVA Restructuring's November monthly fee statement.

Sincerely,
**JEFF BALCOMBE**
CPA*/ABV/CFF/CGMA, CFA, ASA
President and Chief Executive Officer

972 377 2988 direct
972 377 0300 main
972 342 2964 mobile

BIO  |  VCARD  |  LINKEDIN  |  **bvagroup.com**



*Although BVA employs CPAs, it is not a CPA firm.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **THE ENGY GROUP, LLC,** | § | **Case No. 17-34848** |
| | § | |
| Debtor. | § | |
| | § | |
| | § | |
| In re: | § | **Chapter 11** |
| | § | |
| **FRANCOIS STANISLAS BELLON,** | § | **Case No. 17-34923** |
| | § | |
| Debtor. | § | **Jointly Administered Under** |
| | § | **Case No. 17-34848** |

<u>**Attachment E**</u>

**SUMMARY OF APPLICANT FEES AND APPROVALS TO DATE**

**EXHIBIT E**
**The Engy Group Debtor Advisory**
**BVA Restructuring Invoice Status Summary**

| | Professional Fees Rendered: | | Grand Total |
|---|---|---|---|
| | 8/8 through 9/30 | 10/1 through 11/30 | |
| Date Submitted | 11/30/2017 | 12/20/2017 | |
| Date Approved/Obj. Period Expired | 12/28/2017 | 12/30/2017 | |
| Fees | $ 142,824.50 | $ 112,275.00 | $ 255,099.50 |
| Expenses | 281.76 | 451.46 | 733.22 |
| Total | 143,106.26 | 112,726.46 | 255,832.72 |
| Application of Retainer | | | (10,000.00) |
| Balance | | | 245,832.72 |
| Application of Expected Settlement Proceeds | | | (133,000.00) |
| Balance | | | 112,832.72 |
| Applicant Voluntary Reduction, Subject to Settlement Agreement | | | (112,832.72) |
| Balance | | | $ - |



1