

ENTERED
05/01/2018

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: § | | |
| THE ENGY GROUP, LLC, *et al* § | CASE NO: 17-34848 | |
| § | | |
| FRANCOIS STANISLAS BELLON § | CASE NO: 17-34923 | |
| § | Jointly Administered Order | |
| Debtor(s) § | | |
| § | CHAPTER 11 | |

## CASE MANAGEMENT ORDER

For the reasons set forth on the record on this date, the Court orders:

1. The motion to dismiss these cases is denied without prejudice.

2. On June 27, 2018, at 10:30 a.m., the Court will conduct a hearing at which all parties-in-interest must show cause why these cases should not be converted to cases under Chapter 7 of the Bankruptcy Code.

3. Any party-in-interest with standing may file a proposed combined plan and disclosure statement. The deadline for the filing is June 20, 2018. The Court will consider whether to conditionally approve one or more proposed disclosure statements on June 27, 2018 at 10:30 a.m.

4. The deadline for the filing of claims objections as to any timely filed proofs of claim is May 24, 2018. The deadline for filing any claims objections to late-filed proofs of claim that are on file as of May 1, 2018 is also May 24, 2018. All presently filed claims objections, and any claims objections filed in compliance with this paragraph, will be heard on June 27, 2018 at 10:30 a.m. The hearings will be evidentiary.

5. The Debtors are ordered to file all past due monthly operating reports and to pay all statutorily imposed US Trustee fees not later than May 31, 2018.

6. Dr. Lo and Mr. Bellon and their counsel are ordered to schedule and attend a mediation of all of their remaining disputes. The Debtor may attend the mediation. Others may attend the mediation by invitation, but are not required to attend.

SIGNED **May 1, 2018.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE