

ENTERED
05/23/2019

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

IN RE:                                      §
THE ENGY GROUP, LLC, *et al*                §        CASE NO: 17-34848
                                            §
FRANCOIS STANISLAS BELLON                   §        CASE NO: 17-34923
                                            §        **Jointly Administered Order**
          Debtor(s)                         §
                                            §        CHAPTER  11

### ORDER

For the reasons set forth on the record on this date, William Vincent Walker is granted a judgment against Francois Stanislas Bellon in the amount of $850,000.00.  Interest accrues from this date at 2.32% per annum.

SIGNED **May 23, 2019.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE