

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
05/23/2019

| | | |
|---|---|---|
| IN RE: | § | |
| THE ENGY GROUP, LLC, *et al* | § | CASE NO: 17-34848 |
| | § | |
| FRANCOIS STANISLAS BELLON | § | CASE NO: 17-34923 |
| | § | Jointly Administered Order |
| Debtor(s) | § | |
| | § | CHAPTER 11 |

### ORDER CLOSING CASE

Case 17-34848 was reopened on April 11, 2019.  The matter for which the case was reopened has now been adjudicated.  The Court orders that Case 17-34848 is now re-closed.

SIGNED **May 23, 2019.**

Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE